**University Hospitals**

# JOB DESCRIPTION

| **Job Title:** Rehabilitation Therapist | | | | |
|---|---|---|---|---|
| **Management Center:** Department of Psychiatry | | | | Date Revised:<br>Date Prepared: 7/16/2009 |
| **Reports to (Title):** | | | | |
| Exempt:<br>Non-Exempt: X | Staff (approx): | Age of patients served: 3-110 | Responsible for operating budget of : $0 | Financial impact – amount of $ influenced: |

**Position Summary/Essential Duties:**
Organizes and conducts daily therapeutic programs to facilitate rehabilitation of people with psychosocial illnesses; assesses, maintains and develops programs to enhance social, cognitive, physical and emotional functioning of patients.
Essential duties include:
1. Perform assessment for functional and rehabilitative needs that may include activities of daily living; community living skills; social, leisure and vocational skills; self care.
2. Provide quality therapeutic recreational and expressive therapy in group or individual setting
3. Educate patient/family/caregiver in skills applicable for discharge plan.
4. Participate in the interdisciplinary care process.
5. Perform other department activities such as, but not limited to documentation, billing, support of department operations, etc.

**Education/Expertise:**
Bachelor's degree and graduate of an accredited school in Therapeutic Recreation, Art Therapy, Music Therapy or Occupational Therapy. Master's Degree preferred.

**Required Credentials, License and/or Certifications:**
Certification or licensure in respective field.
Non-violent crisis prevention training within 3 months of employment.

| **Experience & Knowledge:** | **Special Skills & Equipment Knowledge:** |
|---|---|
| Knowledge of therapeutic processes, growth and development, limit setting, behavior management and establishing/maintaining therapeutic relationships and boundaries appropriate to age of patient population served.<br>Previous mental health experience or related services in health care facility preferred. | Professional initiative, objectivity, good time management and interpersonal skills, commitment to interdisciplinary patient care delivery. Physical, cognitive and perceptual ability to provide appropriate patient therapies. |

**Job Relationships/Contacts:**

| Internal – Who | Purpose | External - Who | Purpose |
|---|---|---|---|
| | | | |

1

| 1) **Competency:** *Performs assessments for functional and rehabilitative needs that may include activities of daily living; community living skills; social, leisure and vocational skills; self care.* | **Validation of Competency** | |
|---|---|---|
| **Critical Behaviors:**<br>♦ Reviews pertinent patient history from available documents<br>♦ Identifies patient via 2 IDs<br>♦ Utilizes appropriate assessment tool to gather subjective and objective information<br>♦ Aware of and adheres to precautions based on diagnosis, history and interdisciplinary team recommendations<br>♦ Assesses patient risk, e.g. violence, self-harm, falls, etc | ♦ Observation<br>♦ Chart Reviews<br>♦ Peer evaluation<br>♦ Patient Outcome Quality Data<br>♦ ITP/Family Meeting Attendance/Participation<br>♦ Patient Satisfaction Surveys | |
| **Expected Behaviors:**<br>♦ Identifies cultural diversity that may affect patient understanding and engagement in assessment, therapeutic programming and rehabilitation<br>♦ Demonstrate holistic assessment skills<br>♦ Develop Plan of Care based on assessment, modifies as appropriate<br>♦ Establishes measurable and realistic goals that include patient input<br>♦ Apply evidence-based practice into Plan of Care<br>♦ Makes appropriate referrals based on assessment<br>♦ Intervenes to mitigate risks<br>♦ Demonstrates critical thinking in developing Plan of Care | ♦ Observation<br>♦ Chart Reviews<br>♦ Peer evaluation<br>♦ Patient Outcome Quality Data<br>♦ ITP/Family Meeting Attendance/Participation<br>♦ Patient Satisfaction Surveys | |
| **Exemplary Behaviors:**<br>♦ Explores new methods/tools to better assess patient functioning and rehabilitative needs<br>♦ Develops and/or integrates discipline-specific standards of care<br>♦ Promotes peer accountability for evidence-based practice<br>♦ Maintains membership in professional organization | ♦ Observation<br>♦ Chart Reviews<br>♦ Peer evaluation<br>♦ Patient Outcome Quality Data<br>♦ ITP/Family Meeting Attendance/Participation<br>♦ Patient Satisfaction Surveys | |

| 2) **Competency:**<br>*Provides quality therapeutic recreational and expressive therapy in group or individual setting* | Validation of Competency | |
|---|---|---|
| **Critical Behaviors:**<br>♦ Adheres to daily schedule for group therapy assignments<br>♦ Prepares materials needed for group/individual therapy in timely manner<br>♦ Uses reference material appropriately<br>♦ Demonstrates adequate computer skills to explore resources for patients and groups<br>♦ Demonstrates active listening skills<br>♦ Shares knowledge and information openly<br>♦ Establishes and maintains professional boundaries | ♦ Observation<br>♦ Chart Reviews<br>♦ Peer evaluation<br>♦ Patient Outcome Quality Data<br>♦ Patient Satisfaction Surveys | |
| **Expected Behaviors:**<br>♦ Communicates any unusual or inappropriate behavior exhibited during therapy to RN/Physician<br>♦ Displays critical thinking in facilitating group process<br>♦ Adapts communication skills in response to various situations including those related to differences in culture, age, education and other communication barriers<br>♦ Completes documentation of group activity timely and completely<br>♦ Practices consist<br>♦ Utilizes principles of adult learning<br>♦ Incorporates best practice models and information into daily programming<br>♦ Provides programming consistent with understanding of Recovery Model | ♦ Observation<br>♦ Chart Reviews<br>♦ Peer evaluation<br>♦ Patient Outcome Quality Data<br>♦ Patient Satisfaction Surveys | |
| **Exemplary Behaviors:**<br>♦ Explores and implements new treatment modalities<br>♦ Provides in-services for staff<br>♦ Promotes peer accountability for evidence-based practice<br>♦ Serve as role-model/mentor for new staff in therapeutic programming<br>♦ Recognizes the needs of the patients and participates in clinical program improvement and changes | ♦ Observation<br>♦ Chart Reviews<br>♦ Peer evaluation<br>♦ Patient Outcome Quality Data<br>♦ Patient Satisfaction Surveys | |

3

| 3) **Competency:** *Educates patient/family/caregiver in skills applicable for discharge plan. Communicates effectively.* | **Validation of Competency** | |
|---|---|---|
| **Critical Behaviors:**<br>♦ Shares knowledge and information openly<br>♦ Communicates information about therapy to patient and family in a clear, concise manner<br>♦ Complete documentation timely and completely<br>♦ Document patient/family education in keeping with the electronic medical record policies and practices | ♦ Direct Observation<br>♦ Chart Reviews<br>♦ Peer evaluation<br>♦ Patient Outcome Quality Data<br>♦ Patient Satisfaction Surveys<br>♦ ITP/Family Meeting Attendance/Participation | |
| **Expected Behaviors:**<br>♦ Collaborates with patient, family, and other disciplines to establish goals for discharge and achieve positive outcomes<br>♦ Uses various media to communicate discharge plan to patient and family<br>♦ Adapts communication skills in response to various situations including those related to differences in culture, age, education and other communication barriers<br>♦ Leads one Performance Improvement multidisciplinary project each year<br>♦ Networks and identifies community services and agencies based on patient needs | ♦ Direct Observation<br>♦ Chart Reviews<br>♦ Peer evaluation<br>♦ Patient Outcome Quality Data<br>♦ Patient Satisfaction Surveys<br>♦ ITP/Family Meeting Attendance/Participation | |
| **Exemplary Behaviors:**<br>♦ Actively participates in the evaluation and/or redesign of medical record documentation<br>♦ Researches best practice in current theories and methods of communication<br>♦ Assist with conflict resolution with family, patient, other disciplines | ♦ Direct Observation<br>♦ Chart Reviews<br>♦ Peer evaluation<br>♦ Patient Outcome Quality Data<br>♦ Patient Satisfaction Surveys<br>♦ ITP/Family Meeting Attendance/Participation | |

4

| 4) **Competency:** *Participates in the interdisciplinary care process.* | Validation of Competency | |
|---|---|---|
| **Critical Behaviors:** <br>♦ Attend daily team meetings <br>♦ Report clinical findings from patient assessments to interdisciplinary team <br>♦ Utilizes effective hand-off process <br>♦ Establishes and maintains professional boundaries <br>♦ Facilitates teamwork at the unit and department level | ♦ Direct Observation <br>♦ Chart Reviews <br>♦ Peer evaluation <br>♦ Patient Outcome Quality Data <br>♦ Patient Satisfaction Surveys <br>♦ ITP/Family Meeting Attendance/Participation | |
| **Expected Behaviors:** <br>♦ Collaborate with interdisciplinary team in development of care plan, clinical outcome formulation and discharge plan <br>♦ Adapts communication to various situations including those related to difference in culture, age, education and other barriers <br>♦ Accepts and provides feedback as an opportunity for growth <br>♦ Participates in performance improvement activities <br>♦ Demonstrates an understanding of the value of active patient participation in treatment planning <br>♦ Hold others accountable for appropriate communication, interventions, and implementation of Plan of Care | ♦ Direct Observation <br>♦ Chart Reviews <br>♦ Peer evaluation <br>♦ Patient Outcome Quality Data <br>♦ Patient Satisfaction Surveys <br>♦ ITP/Family Meeting Attendance/Participation | |
| **Exemplary Behaviors:** <br>♦ Facilitates crucial conversations with interdisciplinary team <br>♦ Evaluate interdisciplinary process of patient care and implements improvements <br>♦ | ♦ Direct Observation <br>♦ Chart Reviews <br>♦ Peer evaluation <br>♦ Patient Outcome Quality Data <br>♦ Patient Satisfaction Surveys <br>♦ ITP/Family Meeting Attendance/Participation | |

**Organizational Chart**: Show how the position fits into the organization. Include staff's titles (and their staff size, if applicable) and the other position titles which report to the same supervisor.



| Next Management Level Title | Administrative Director, Psychiatry |
| Immediate Supervisor | Head Nurse, Psychiatry |
| This Position | Rehabilitation Therapist |

Other Position Titles Reporting to the Same Supervisor:
- Registered Nurse
- Clinical Partner
- Mental Health Worker
- Clinical Technical Assistant
- Division Secretary

Staff Position Titles: (blank)

Exempt: / Nonexempt: / Other:

**Check Items Which Are Major Strong Points/Achievements, Asterisk Items Where Improvement Needs Exist**

| | | | |
|---|---|---|---|
| 1. ___ Personal Computer | 9. ___ Proofreading | 17. ___ Problem Solving | 25. ___ Time Management |
| 2. ___ Transcription | 10. ___ Office Protocols | 18. ___ Budgetary Controls | 26. ___ Motivation |
| 3. ___ Word Processing | 11. ___ Organization | 19. ___ Attendance | 27. ___ Following Instructions |
| 4. ___ CRT | 12. ___ Goal Setting | 20. ___ Staff Development | 28. ___ Prioritization |
| 5. ___ Telephone Skills | 13. ___ Customer Service | 21. ___ Writing Skills | 29. ___ Flexibility/Teamwork |
| 6. ___ Cooperation | 14. ___ Patient Focus | 22. ___ Timeliness | 30. ___ |
| 7. ___ Technical Excellence | 15. ___ Supervisory Skills | 23. ___ Innovation | 31. ___ |
| 8. ___ Clinical Assessment Skills | 16. ___ Adherence to Policy/Procedures | 24. ___ Communication Skills | 32. ___ |

| **Attendance and Minimum Qualifications Summary**<br>(Report attendance and requirements within last 12 months) | **Initial Employment Review** |
|---|---|
| This section must be completed for all performance appraisals.<br><br>Number of days unscheduled PTO \_\_\_\_\_<br>Number of tardies/early leaves \_\_\_\_\_<br>Number of occurrences<br>Is attendance satisfactory? \_\_\_\_\_ Yes \_\_\_\_\_ No<br>If attendance is not satisfactory, please comment in the reviewer comment section.<br><br>Completed annual TB testing \_\_\_\_\_ Yes \_\_\_\_\_ No<br>Adhered to the Code of Conduct \_\_\_\_\_ Yes \_\_\_\_\_ No<br>Maintained licensure/certification \_\_\_\_\_ Yes \_\_\_\_\_ No<br>\_\_\_\_\_ N/A<br>Attended Annual Safety Training \_\_\_\_\_ Yes \_\_\_\_\_ No<br>Other Mandatory Training:<br>_____ \_\_\_\_\_ Yes \_\_\_\_\_ No<br>_____ \_\_\_\_\_ Yes \_\_\_\_\_ No<br>_____ \_\_\_\_\_ Yes \_\_\_\_\_ No<br>_____ \_\_\_\_\_ Yes \_\_\_\_\_ No | For the initial employment review, a total rating score is not necessary. Supervisors have the option of commenting on the standards or using ratings, 0,1,2,3. It is unlikely that a new employee is completing all duties of the job as written. Please evaluate on the applicable duties only.<br><br>Do you (supervisor) recommend this employee for regular full-time or regular part-time employment? \_\_\_\_\_ Yes \_\_\_\_\_ No<br><br>Number of days unscheduled PTO \_\_\_\_\_<br>Number of tardies/early leaves \_\_\_\_\_<br>Number of occurrences<br>Is attendance satisfactory? \_\_\_\_\_ Yes \_\_\_\_\_ No<br>If attendance is not satisfactory, please comment in the reviewer comment section. |
| **Performance Improvement Goals** | **Measurement of Goal Achievement**<br>(Refer back to specific competency by number) |
|  |  |

7

**Employee Development/Education Plan:** A plan may be included for an employee's professional/career development, but is required for any areas that don't consistently meet expectations. Plan may be attached on a separate sheet.)

Reviewer Comments: _____
_____
_____
_____
_____
_____
_____

Employee Comments: _____
_____
_____
_____
_____
_____
_____

Employee Signature_____ Date_____
Reviewer Signature/Title _____ Date_____
Department Head Signature_____ Date_____

8

**List of Possible Validators**

The following is a non-exhaustive list of sources for validation of competency. A manager may look to this list in helping to evaluate an employee. These examples may be used to validate the universal as well as job-specific competencies.

- Direct observation of performance
- Observed contributions to group activities (attendance at Interdisciplinary Rounds/Team Meetings)
- Patient Survey Results
- Formal Peer Review tool
- Interviews with patients
- Review of treatment plans
- Skills Check Lists
- Anecdotal notes/records
- Commendations
- Corrective actions
- Recognition certificates
- Patient Satisfaction Surveys
- Meeting notes
- Suggestions submitted by the employee
- Department orientation checklist
- Budget performance
- In-service attendance
- Attendance records
- Goal setting and attainment
- Project completion
- Objective measures of productivity
- Self evaluation
- Chart review
- Documentation of participation in care conference
- Membership in professional organizations (to document professional development)
- Computer system records/reports