# Alcohol Testing Form
*(The instructions for completing this form are on the back of Copy 3)*

**Step 1: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

A: Employee Name: **Deborah Moss**
(Print) (First, M.I., Last)

B: SSN or Employee ID No.: **1066**

C: Employer Name / Street / City, State, Zip:
University Hospitals Cleveland Medical Center
Employee Health, MCCO 4th Floor
11100 Euclid Avenue
Cleveland, OH 44106-6029

DER Name and Telephone No.: Paul Minotto, MD
DER Name / DER Phone Number

D: Reason for Test: ☒ Random ☐ Reasonable Susp ☐ Post-Accident ☐ Return to Duty ☐ Follow-up ☐ Pre-emplo[y]

**STEP 2: TO BE COMPLETED BY EMPLOYEE**

I certify that I am about to submit to alcohol testing and that the identifying information provided on the form is true and correct.

X _(signature)_   Date: 2/15/17
Signature of Employee    Month Day Year

**STEP 3: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

(If the technician conducting the screening test is not the same technician who will be conducting the confirmation, each technician must complete their own form.) I certify that I have conducted alcohol testing on the above named individual, that I am qualified to operate the testing device(s) identified, and that the results are as recorded.

TECHNICIAN: ☒ BAT ☐ STT   DEVICE: ☐ SALIVA ☒ BREATH*   15-Minute Wait: ☐ Yes ☐ No

SCREENING TEST: *(For BREATH DEVICE* write in the space below only if the testing device is not designed to p[rint])*

| Test # | Testing Device Name | Device Serial # OR Lot # & Exp Date | Activation Time | Reading Time | Re[sult] |
|---|---|---|---|---|---|
| | | | | | |

CONFIRMATION TEST: Results MUST be affixed to each copy of this form or printed directly onto the form.

REMARKS:
University Hospitals Cleveland Medical C[enter]
Employee Health, MCCO 4th Floor
11100 Euclid Avenue
Cleveland, OH 44106-6029

Alcohol Technician's Company: Carol Heilman RN
(PRINT) Alcohol Technician's Name (First, M.I., Last)

Company Street Address:
Company City, State, Zip    Phone Number

Signature of Alcohol Technician: Carl Heilman RN
Date: 02/15/2017

**STEP 4: TO BE COMPLETED BY EMPLOYEE IF TEST RESULT IS POSITIVE.**

I certify that I have submitted to the alcohol test, the results of which are accurately recorded on this form. I understand that I must not drive, perform safety-sensitive duties, or operate heavy equipment because the results are positive.

Signature of Employee    Date Month Day Year

FOSTER SPECIAL INSTRUMENTS 513-891-0868 · P/N INDOT

**NON-REGULATED 5 PART DRUG TESTING CUSTODY AND CONTROL FORM**

SPECIMEN ID NO.: 73257146

**MEDTOX** Laboratories, Inc.
402 W County Rd D
St. Paul, MN 55112

**STEP 1** To be completed by COLLECTOR or EMPLOYER REPRESENTATIVE Account #: _____

A. Employer Name, Address, I.D. No.
[illegible]
EMPLOYER NAME: EAP

Account #: _____

B. MRO Name, Address, Phone and Fax No.
ST. PAUL MEDTOX
[illegible] CENTER RIDGE ROAD
NORTH RIDGEVILLE, OH 44039
PH: [illegible]  FX: [illegible]

Donor I.D.: [redacted]

C. Donor Name (Last, First): MOSS DEBORAH
Donor Daytime Phone: 330-225-9597

D. Reason for Test: ☐ Pre-employment  ☒ Random  ☐ Reasonable Suspicion/Cause  ☐ Return To Duty  ☐ Follow-up  ☐ Post Accident  ☐ Other (Specify)

E. Collection Site Name: EMPLOYEE HEALTH CLEVELAND
[illegible] CIRCLE DRIVE MC60 4TH FLOOR
CLEVELAND, OH 44106
Collector Phone No.: _____
Collector Fax No.: _____

F. Test(s) Ordered: ☒ [illegible]  ☐ SPLIT

**STEP 2: COMPLETED BY COLLECTOR**
Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes  ☐ No, Enter Remark

Specimen Collection: ☒ Split  ☐ Single  ☐ None Provided (Enter Remark)  ☐ Observed (Enter Remark)

14008

REMARKS:

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)
**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed and released to the Delivery Service noted in accordance with applicable requirements.

X [signature]
(PRINT) Collector's Name (First, MI, Last): Carol Heilman

Time of Collection: 1500 ☐ AM ☐ PM
Date (Mo./Day/Yr.): 02/15/2019

SPECIMEN BOTTLE(S) RELEASED TO:
Name of Delivery Service Transferring Specimen to Lab
☒ FedEx  ☐ Local Courier  ☐ Other

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X [signature]
(PRINT) Donor's Name (First, MI, Last): Deborah Moss
Date (Mo./Day/Yr.): 2/15/[illegible]

Daytime Phone No.: (330) 225-9597
Evening Phone No.: (   )
Date of Birth: [redacted]

330-225-9597

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer may contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). — DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.