02/16/2017 THU 15:58  FAX 216 445 2226 B4697                                      ☑017/025

University Hospitals  2/16/2017 11:56:50 AM  PAGE  10/018  Fax Server

**University Hospitals**
**Cleveland Medical Center**

## RETURN TO WORK AUTHORIZATION
### (Fitness for Duty)
**Family and Medical Leave Act (FMLA) / UH Medical Leave of Absence**

### TO BE COMPLETED BY THE EMPLOYEE

Name (print): DEBORAH MOSS
63 SALEM COURT    HINCKLEY OHIO  44233
_Address_                                    _City / State / Zip Code_

Phone #: ( 330 225 9597    Social Security #: _____    Date of Birth: 5 / 31 / 1965
UH Position Title: REHABILITATION SPECIALIST – PARMA BHU
Manager Name (please print): KATHRYN HOLLY

### To be completed by Physician/Practitioner

Reason for Leave: MEDICAL FITNESS FOR DUTY
Regimen of Care: Chiropractic Therapy PRN
Discharge Date: Hospital: _____    Office: _____
I saw and treated this patient on 3/22/17 and based on the above description of the patient's current medical problem:

☒ Recommend his/her return to work with no limitations on 3/22/17
☐ He/She may return to work on ___/___/___ with the following limitations (below):

### CHECK ONLY AS RELATED TO ABOVE CONDITIONS

☐ CLASS (1) No Heavy Lifting
  • Is able to bend, stoop, push, and pull.
  • Only restriction is no lifting more than 50 pounds.

☐ CLASS (2) Light Work
  • Unlimited standing or walking.
  • No lifting greater than 25 pounds.
  • Occasional bending or stooping

☐ CLASS (3) Semi-Sedentary
  • Work one-half of the time sitting and one-half standing and walking.
  • No lifting greater than 11-20 pounds.
  • No repetitive bending or stooping.

☐ CLASS (4) Semi-Sedentary
  • Work in a sitting position.
  • No lifting greater than 5-10 pounds.
  • No repetitive bending or stooping.
  • Minimal demand for physical effort.

(1) In a 8/12 hour day, he/she may:
Only Work: _____ hrs/day; _____ days/wk

| | | | |
|---|---|---|---|
| Stand/Walk: | ☐ None | ☐ 1-4 Hrs | ☐ 4-6 Hrs ☐ 6-8 Hrs |
| Sit: | ☐ 1-3 Hrs | ☐ 3-5 Hrs | ☐ 5-8 Hrs |
| Drive: | ☐ 1-3 Hrs | ☐ 3-5 Hrs | ☐ 5-8 Hrs |

(2) He/She may use hand(s) for repetitive:
☐ Single Grasping
☐ Pushing & Pulling
☐ Fine Manipulation

(3) He/She may use foot/feet for repetitive movement, as in operating foot controls.
☐ Yes    ☐ No

(4) He/She may:

| | Not at all | Occasionally | Frequently |
|---|---|---|---|
| Bend | ☐ | ☐ | ☐ |
| Twist | ☐ | ☐ | ☐ |
| Squat | ☐ | ☐ | ☐ |
| Climb | ☐ | ☐ | ☐ |
| Reach | ☐ | ☐ | ☐ |

### OTHER INSTRUCTIONS AND/OR LIMITATIONS (Including Prescribed Medications)

☐ These restrictions are in effect until ___/___/___ or until patient is reevaluated on ___/___/___
☐ He/She is totally incapacitated at this time. Patient will be reevaluated on ___/___/___
☐ Referred to: ☐ None  ☐ PT  ☐ Specialist

Signature of Physician/Practitioner: _Thomas M Ormsby DC_    Date: 3/22/17
Print Name: Thomas M. Ormsby, D.C.
Field of Specialization: Chiropractic Physician    Phone #: ( 330 230-6111
Address: 1659 Pearl Road    City/State/Zip Code: Brunswick, OH 44212

Federal law prohibits employers from requesting genetic information. To comply with the law, do not provide us with any genetic information when responding to this request. "Genetic information" includes an individual's Family medical history, results of genetic tests, receipt of genetic services or tests, or any other genetic information.

If employed by: UH Cleveland Medical Center/Rainbow Babies & Children's/Seidman Cancer Center/UH CompCare/UH Corporate: Please fax to Lisa Edgehouse, RN at 216-201-4096.
All other entities and community hospitals: Please fax to Kara Ladizhn, RN at 216-201-00

FAX TO EAP 216 983 3038