*Sent via Certified and Regular Mail*



Governor John Kasich

**OHIO CIVIL RIGHTS COMMISSION**

G. Michael Payton
*Executive Director*

**Commissioners**
Leonard Hubert, *Chairman*
Lori Barreras
Juan P. Cespedes
William W. Patmon III
Madhu Singh

August 1, 2017

Deborah A. Moss
63 Salem Court
Hinckley, OH 44233

RE:    Deborah Moss v. University Hospitals at Parma Medical
       CLEB4(44114)07162017

Dear Ms. Moss:

The Ohio Civil Rights Commission (Commission) previously notified you of receipt of your inquiry. Copies of the charge affidavit (which may include amendments made by staff based on the information you have submitted) were sent to you to be signed under oath and returned to the Commission. As of today, the Commission has not received your executed charges.

As required by Ohio Revised Code Section 4112.05 (B)(1), a charge must be written, signed and under oath as part of the preliminary investigative process. It is requested that you return the properly executed charges to the regional office within **THIRTY (30) DAYS** from the date of this letter. **Failure to comply with this requirement will result in the case being dismissed as NO JURISDICTION.**

Two copies of the charge affidavit are enclosed with this letter. For your convenience, you may bring your charge affidavits into the regional office to meet with a Commission representative who can have you sign the charge under oath. In the alternative, you may also take the copies to a notary to have them notarized. Do not sign the charge affidavits until you are directed to do so by the notary. If you choose to go to a notary, please retain one copy for your records and return the remaining copy using the enclosed return envelope which is provided for your convenience. If circumstances make it a hardship for you to come to our office or meet with a notary, please contact your investigator to make alternate arrangements.

If you have any questions, please do not hesitate to contact us at 216-787-3150. Our office hours are Monday through Friday from 8:00 am to 5:00 pm.

For the Commission,

*Barbara A. Soohey*

Barbara A. Soohey
Office Manager

**CLEVELAND REGIONAL OFFICE**
Frank J. Lausche
State Office Building
615 West Superior Ave.
Suite 885
Cleveland, OH 44113
(216) 787-3150 Phone
(888) 278-7101 Toll Free
(216) 787-4121 Fax
www.crc.ohio.gov

AKRON | CINCINNATI |CLEVELAND | COLUMBUS | DAYTON | TOLEDO

## OHIO CIVIL RIGHTS COMMISSION
## CHARGE OF DISCRIMINATION (EMPLOYMENT)

OCRC Case Number: *CLEB4(44114)07169017*

EEOC Case Number:

| | |
|---|---|
| Your Name | Company Name |
| Deborah A Moss | University Hospitals at Parma Medical |
| Your Street Address | Company Street Address |
| 63 Salem Crt | 7007 Powers Blvd |
| City, State and Zip | City, State and Zip |
| Hinckley Ohio 44233 | Parma Ohio 44129 |
| Telephone Number | County  (if located in Ohio) |
| 330-225-9597 | Cuyahoga |
| Alternate Number  (Optional) | Telephone Number |
| | 440-743-3000 |
| Email Address  (Optional) | # of Employees         Date of Hire |
| dabmoss@aol.com | 24000                        12/12/96 |

Dates of Discrimination (MM/DD/YYYY):  2/15/2017

I was discriminated on the basis of :
  Race/Color
  Sex
✔  Disability (DO NOT LIST DISABILITY)
  Age (over 40 years old only)
  Religion
  National Origin/Ancestry
  Military Status
  Retaliation (for protesting discrimination)

Please identify how you are a member of the category you marked on the left: (If you marked **AGE**, please list your **BIRTH DATE**.  If you have marked **DISABILITY, DO NOT IDENTIFY** your disability.)
Good reviews for 20 years. New manager arrives 2016. Good reviews given and quotes "nothing in my file" 2017 put on medical leave based on disability

## RECEIVED

JUL 16 2017

OCRC - INTAKE

**Please read and review the following:**
I have not commenced with any action under sections 4112.14 or 4112.02(N) of the Ohio Revised Code with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award or financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

  I am filing a charge alleging AGE DISCRIMINATION and I have read and understand the above information.

● I am NOT filing a charge alleging AGE DISCRIMINATION and this does not apply to me.

Charging Party: *Deborah Moss*

Case Number: *CLE BH(H)(H)07162017*

## Act of Discrimination #1

Date of Discrimination (MM/DD/YYYY): 2/15/2017

I was subjected to (mark only one issue):

- a denial of promotion
- ● a forced resignation
- demotion
- denial of hire
- denial of a reasonable accommodation
- different terms and conditions of employment
- discharge/termination
- discipline
- harassment/sexual harassment
- layoff
- other

I believe it was because of my:

- Race/Color
- Sex
- ✔ Disability
- Age
- Religion
- National Origin/Ancestry
- Military Status
- Protected activity (retaliation)

If you have marked "other", please briefly describe the discriminatory act:

The reason given by the company for this action is:
Personnel and patient safety, and no longer able to meet job requirements.

I was given this reason by (name and position):
Katherine Holley-Manager of BCOA(my department)

**RECEIVED**

**JUL 1 6 2017**

**OCRC – INTAKE
CLEVELAND**

I am aware of others treated more favorably than me including:
No other circumstances

I believe that this was discrimination because:
I have been able to handle my job for 20 years, and still can do it. Accusations of not being able to perform job functions are false.

**Charging Party:** *DEBORAH MOSS*

**Case Number:** *CLEBH(4410D 07168017*

## Act of Discrimination #2 (Optional)

Date of Discrimination (MM/DD/YYYY):

I was subjected to (mark only one issue):

    a denial of promotion

    a forced resignation

    demotion

    denial of hire

    denial of a reasonable accommodation

    different terms and conditions of employment

    discharge/termination

    discipline

    harassment/sexual harassment

    layoff

    other

I believe it was because of my:

    Race/Color

    Sex

    Disability

    Age

    Religion

    National Origin/Ancestry

    Military Status

    Protected activity (retaliation)

If you have marked "other", please briefly describe the discriminatory act:

The reason given by the company for this action is:

I was given this reason by (name and position):

I am aware of others treated more favorably than me including:

**RECEIVED**

**JUL 1 6 2017**

**OCRC – INTAKE CLEVELAND**

I believe that this was discrimination because:

Charging Party: *Deborah Mees*

Case Number: *CLE BH 41141 07162017*

**Please check to indicate you have read and agreed to the statements below.**

✔ I understand that I will not be able to sign this form on-line. A copy will be mailed out to me for a notarized signature. An investigation will not begin until the Ohio Civil Rights Commission receives a signed and notarized charge from me.

✔ I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency/agencies if I change my address or telephone number and that I will cooperate fully in the processing of my charge in accordance to their procedures. *I swear under oath that this chage is true.*



_____          _____8/8/17_____
Charging Party                                        Date

Subscribed and sworn to before me on this __8th__ day of __August__ of 20 _17_

_Sarah Wilk, Sarah Wilk_
OCRC Representative or Notary

**SARAH WILK**
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
January 21, 2020

**RECEIVED**

**JUL 1 6 2017**

**OCRC - INTAKE
CLEVELAND**

*EdM*

## OHIO CIVIL RIGHTS COMMISSION
## CHARGE OF DISCRIMINATION (EMPLOYMENT)

OCRC Case Number: *CLEB4(44114)07169017*

EEOC Case Number:

| Your Name | Company Name |
|---|---|
| Deborah A Moss | University Hospitals at Parma Medical |
| Your Street Address | Company Street Address |
| 63 Salem Crt | 7007 Powers Blvd |
| City, State and Zip | City, State and Zip |
| Hinckley Ohio 44233 | Parma Ohio 44129 |
| Telephone Number | County  (if located in Ohio) |
| 330-225-9597 | Cuyahoga |
| Alternate Number  (Optional) | Telephone Number |
| | 440-743-3000 |

| Email Address  (Optional) | # of Employees | Date of Hire |
|---|---|---|
| dabmoss@aol.com | 24000 | 12/12/96 |

Dates of Discrimination (MM/DD/YYYY):  2/15/2017

I was discriminated on the basis of :

- Race/Color
- Sex
- ✔ Disability (DO NOT LIST DISABILITY)
- Age (over 40 years old only)
- Religion
- National Origin/Ancestry
- Military Status
- Retaliation (for protesting discrimination)

Please identify how you are a member of the category you marked on the left: (If you marked **AGE**, please list your **BIRTH DATE**.  If you have marked **DISABILITY**, **DO NOT IDENTIFY** your disability.)

Good reviews for 20 years. New manager arrives 2016. Good reviews given and quotes "nothing in my file" 2017 put on medical leave based on disability

**RECEIVED**

**JUL 1 6 2017**

**OCRC – INTAKE**

**Please read and review the following:**

I have not commenced with any action under sections 4112.14 or 4112.02(N) of the Ohio Revised Code with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award or financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

I am filing a charge alleging AGE DISCRIMINATION and I have read and understand the above information.

● I am NOT filing a charge alleging AGE DISCRIMINATION and this does not apply to me.

Page: 1 of 4

Charging Party: *Deborah Moss*

Case Number: *CLE B4(4141(4)07162017*

## Act of Discrimination #1

Date of Discrimination (MM/DD/YYYY): 2/15/2017

I was subjected to (mark only one issue):

    a denial of promotion

⬤ a forced resignation

    demotion

    denial of hire

    denial of a reasonable accommodation

    different terms and conditions of employment

    discharge/termination

    discipline

    harassment/sexual harassment

    layoff

    other

I believe it was because of my:

    Race/Color

    Sex

✔ Disability

    Age

    Religion

    National Origin/Ancestry

    Military Status

    Protected activity (retaliation)

If you have marked "other", please briefly describe the discriminatory act:

The reason given by the company for this action is:
Personnel and patient safety, and no longer able to meet job requirements.

I was given this reason by (name and position):
Katherine Holley-Manager of BCOA(my department)

**RECEIVED**

JUL 1 6 2017

**OCRC - INTAKE**
**CLEVELAND**

I am aware of others treated more favorably than me including:
No other circumstances

I believe that this was discrimination because:
I have been able to handle my job for 20 years, and still can do it. Accusations of not being able to perform job functions are false.

**Charging Party:** *DEBORAH MOSS*

**Case Number:** *CLEBH(A11A)07162017*

Act of Discrimination #2 (Optional)

Date of Discrimination (MM/DD/YYYY):

I was subjected to (mark only one issue):

    a denial of promotion

    a forced resignation

    demotion

    denial of hire

    denial of a reasonable accommodation

    different terms and conditions of employment

    discharge/termination

    discipline

    harassment/sexual harassment

    layoff

    other

I believe it was because of my:

    Race/Color

    Sex

    Disability

    Age

    Religion

    National Origin/Ancestry

    Military Status

    Protected activity (retaliation)

If you have marked "other", please briefly describe the discriminatory act:

The reason given by the company for this action is:

I was given this reason by (name and position):

I am aware of others treated more favorably than me including:

I believe that this was discrimination because:

**RECEIVED**

**JUL 16 2017**

**OCRC - INTAKE CLEVELAND**

Page: 3 of 4

**Charging Party:** *Deborah Moss*

**Case Number:** *CLE BK 44141 07162017*

**Please check to indicate you have read and agreed to the statements below.**

✔   I understand that I will not be able to sign this form on-line. A copy will be mailed out to me for a notarized signature. An investigation will not begin until the Ohio Civil Rights Commission receives a signed and notarized charge from me.

✔   I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency/agencies if I change my address or telephone number and that I will cooperate fully in the processing of my charge in accordance to their procedures.

_____          _____
Charging Party                                                            Date

Subscribed and sworn to before me on this _____ day of _____ of 20 _____

_____
OCRC Representative or Notary

**RECEIVED**

**JUL 1 6 2017**

**OCRC - INTAKE**
**CLEVELAND**