03/22/2017  15:54 Cleveland Sight Center - LVC                    (FAX)2166588731        P.001/007

Page 1 of 7 received on 3/22/2017 3:54:28 PM [Eastern Daylight Time] from 2166588731



# Cleveland Sight Center

**Facsimile Transmission Form**

## Low Vision Clinic

Phone# (216) 658-8737    Fax# (216) 658-8731

Date: 3/22/17              Fax # of Recipient: (216) 201-5125

To: GEORGANA KOHLBACHER

From: UNIVERSITY HOSPITALS

Subject: DEBORAH A. MOSS

Number of pages: 6   (including cover sheet)

Message: _____

---

**SHOULD THERE BE ANY QUESTIONS REGARDING THIS MESSAGE, PLEASE CONTACT THE PERSON INITIATING THIS TRANSMITTAL. THANK YOU!!!**

Mail address:
P.O. Box 1988
Cleveland, OH 44106-8696

The information contained in this facsimile message is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us via the U.S. Postal Service. Thank you.

The Cleveland Society for the Blind

**EXHIBIT 7**

CONFIDENTIAL                           UH-MOSS 1356

Mar. 22. 2017  3:29PM    HEALTH-SOURCE                                    No. 5079   P. 1



## HealthSource® Chiropractic
### Progressive Rehab & Wellness®

### Fax Transmittal Form

**HealthSource of Brunswick**
1659 Pearl Road
Brunswick, OH 44212

Phone: 330-220-6111
Fax:     330-220-6115
Web: www.DrsOrmsby.com
          www.OurAngelsWithin.com

To: University Hospitals
Cleveland Medical Center
RE: Deborah A. Moss

From: Thomas Ormsby, D.C.

Date: March 22, 2017

FAX #: (216) 983-3038

☐ Urgent
☐ For Review
☐ Please Comment
☐ Please Reply

---

Attached please find the Return to Work Authorization for our patient Deborah A. Moss, DOB 05/31/65.

Please feel free to contact me with any questions.

**CONFIDENTIAL**

This fax message, including any attachments, is secure and for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender, by reply fax, and destroy all copies of the original message.

CONFIDENTIAL                                    UH-MOSS 1357

03/22/2017    15:55 Cleveland Sight Center - LVC                               (FAX)2166588731         P.002/007

Cleveland Sight Center
Low Vision Clinic
1909 East 101st St.
Cleveland, OH 44106
Clinic: (216) 658-8737 Billing: 658-4554
Fax: (216) 658-8731

March 21, 2017

## LOW VISION CLINIC REPORT

| | |
|---|---|
| Patient Name: Debra A Moss | Salutation: Sex: F | Date of Visit: 03/21/2017 |
| Date of Birth: 05/31/1965 Age: 51 | Ethnicity: | Acct #: 3016 |
| Race: | Race 2: | |
| Primary Language: | Provider: Lidija Balciunas | |
| Patient Address: 63 Salem Court Hinckley, OH 44233 | | |
| Location of Visit: Cleveland Sight Center/Low Vision Clinic | | |

Tim Sullivan
OOD Akron,
161 S. High Street
Akron, OH 44308

Dear Mr. Sullivan,

I had the pleasure of seeing Ms. Debra Moss for a Low Vision Assessment on 03/21/2017. The following is a summary of my findings:

| Visual Concerns | |
|---|---|
| Reading | Ms. Moss uses her CCTV or high powered reading glasses for reading tasks. Currently Ms. Moss has access to volunteers who read her work emails to her. She is a proficient Zoom text user and is hoping that the new UH software program that Parma hospital will be adopting will be able to accommodate Zoom Text. She has also reported difficulty reading labelled objects and itemized lists on cabinets and drawers. Ms. Moss has a Merlin CCTV at work, but it has poor contrast features as compared to the Topaz CCTV that she uses at home. She requests an upgraded Topaz CCTV for her work station. Ms. Moss also suffers from chronic neck and shoulder pain with associated structural changes in her spine related to the stress of using improper body mechanics while using her CCTV when reading and writing. Ms. Moss would benefit from an in-office assessment of CCTV height and workstation positioning to alleviate further unnecessary postural strain. |
| Mobility | Some mild issues with O&M related to when nurses or patients wear dark clothing which does not provide good contrast against the dark floors in the facility. Mostly this is reported as not much of a problem. |
| Vocational Issues | Ms. Moss works at UH as a recreation therapist on a geriatric psych floor. She was referred by her employer for a tier 1 mandatory fitness for duty evaluation for concerns about her physical performance and medical issues at the workplace. Ms. Moss has taken FMLA leave and has made appointments with her doctors. Her ophthalmologist referred her to the Cleveland Sight Center to address the functional questions the forms require. Ms. Moss is also working with Tim Sullivan in Akron's BSVI office to help get assistive aids and/or adaptations to improve certain functional tasks/requirements at work if possible. Ms. Moss reports that she has difficulty seeing patient's facial expressions, is sometimes unaware if someone is getting out of their seat, and has some difficulty reading work sheets. |

Patient: Moss, Debra                              Acct: 3016                              Print Date: March 21, 2017
                                                                                          Page 1 of 3

CONFIDENTIAL                                                        UH-MOSS 1358

03/22/2017   15:55 Cleveland Sight Center - LVC                    (FAX)2166588731       P.003/007

### Visual Acuities

| | Unaided | | | | Aided | | | |
|---|---|---|---|---|---|---|---|---|
| | Distance | EV | Near | EV | Distance | EV | Near | EV |
| OD | / | | / | | 1 / 100 | | / | |
| OS | / | | / | | 1 / 100 | | / | |
| OU | / | | / | | / | | J16 / | |

### Visual Field (By Confrontation)

| OD | Full | OS | OD |
|---|---|---|---|
| OS | Full | | |
| OU | | | |

### Diagnosis And Plan

1 H54.0 Blindness, both eyes
**Assessment:** Visual impairment due to Stargardt's disease
**Plan:**
1 Tech assessment to evaluate scanners and potentially I-pad use (UH is considering implementing i-pads in the Behavioral center for older adults) where Ms. Moss works.
2. In-office assessment of CCTV workstation parameters to alleviate further postural strain and structural damage to the spine.
3. Tactile buttons / peel and press tabs for the copy machine at work
4. TOPAZ in-line CCTV with large monitor (model already selected)
5. 10x LED hand held magnifier for spot reading tasks

### Recommended Low Vision aids, solutions and adaptations

| Device | Power | Intended use |
|---|---|---|
| *Magnifier (HH w/light) | 10X | For spot reading recipes, Scanning mail, reading fit bit, checking the time and other spot reading tasks. |

### Notes:

Continue using 8x DVI microscopic readers OD, +24D binocular AOLITE microscopic reading glasses, in-line CCTVs, and ZoomText adaptive computer software. Looking into a scanner / reader may also prove beneficial.

Stargardt's disease is a condition that permanently diminishes central vision both distance and near. It does not affect peripheral vision and is not a blinding condition. It is a progressive condition, but Ms. Moss is not likely to get much worse at this point of the condition.

### Referrals:

☐ O.T.
☒ CSC Social Worker
☐ Counseling (TLC)
☐ Orientation and Mobility
☐ Rehabilitation Teacher

Patient: Moss, Debra                         Acct: 3016                    Print Date: March 21, 2017
                                                                                      Page 2 of 3

CONFIDENTIAL                                                                        UH-MOSS 1359

03/22/2017  15:56 Cleveland Sight Center - LVC                    (FAX)2166588731           P.004/007

**Referrals:**
☐ Employment Services
☐ Back to MD
☐ C.Y.A.S.
☐ Assistive Technology
☐ Peer Support
☐ Diabetes Ed/Talking Glucometer

Please let me know if I can offer any further information. It has been a pleasure in participating in the care of this delightful patient.

Sincerely,

Signature: _____          Date: 03/21/2017
Lidija Balciunas, O.D.

CC: Georgene Kohlbacher, LISW-S, CEAP
Employee assistance program
11100 Euclid Ave.
Mail Stop 5035
Cleveland, 44106

CONFIDENTIAL                                                                UH-MOSS 1360

03/22/2017  15:56 Cleveland Sight Center - LVC                    (FAX)2166588731           P.005/007
02/16/2017 THU 15:58  FAX 216 445 2226 B4697                                                ☒015/025

University Hospitals 2/18/2017 11:58:50 AM  PAGE  8/018  Fax Server

Provider's name and business address: __LIDIJA BALCIUNAS, OD__  1909 E. 101st St
Type of practice / Medical specialty: __OPTOMETRIST    CLEVELAND SIGHT CENTER__  CLEVELAND, OH 44106
Telephone: (__216__) __658-8732__   Fax: (__216__) __658-8731__

### 2A. MEDICAL FACTS

Approximate date condition commenced: __1976__   Probable Duration of condition: __PERMANENT__

Date(s) you have treated patient for condition in the past 12 months: __N/A   (LAST APPOINTMENTS: 3/21/17 AND 1/4/12__

Was patient admitted for overnight stay in hospital, hospice or residential medical care facility? ___ Yes  ✓ No
If yes, Inpatient Stay: (Date Admitted) ___/___/___

Will the Employee need to have treatment visits at least twice per year due to the condition? ___ Yes  ✓ No

Was medication, other than over-the-counter medication, prescribed? ___ Yes  ✓ No

Was the patient referred to other Health care provider(s) for evaluation/treatment (e.g., physical therapist, specialist)?
___ Yes  ✓ No.  If so, state the nature and dates of such treatments and expected duration of treatment.

Is the medical condition pregnancy? ___ Yes  ✓ No  If yes, expected Date of Delivery: ___/___/___

*If the employer provides a list of the employee's essential functions or a job description, answer these questions based upon that list. Otherwise, rely on the employee's own description of his/her job functions:*

Is the employee unable to perform any of his/her job functions due to the condition: ✓ Yes ___ No  If so, identify the job functions the employee is unable to perform: __FACIAL RECOGNITION + EXPRESSIONS, SIGNING TREATMENT PLANS WHEN NOT NEAR CCTV, SEEING IN POOR CONTRAST ENVIRONMENTS, MAY NOT ALWAYS HAVE VISUAL AWARENESS OF EVERYTHING GOING ON IN A ROOM. USES OTHER CUES TO GATHER INFORMATION__

Describe the other relevant medical facts, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment) that are sufficient to establish the need for the patient to take leave (including any need for the intermittent absences or for work on a part-time or reduced schedule).

__MS. DEBORAH MOSS WOULD LIKE TO CONTINUE WORKING — LEAVE WAS RECOMMENDED BY EMPLOYER__

### 2B. AMOUNT OF LEAVE NEEDED (Single Continuous Period, Follow-up & Reduced Schedule, or Intermittent)

Single continuous period of incapacity
Will the employee be unable to perform some or all of his/her job functions for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___ Yes ___ No  If so, provide the estimated beginning and ending dates for the period the employee is expected to be unable to perform some or all of his/her job functions: ___/___/___ to ___/___/___  __THE VISUAL CONDITION IS PERMANENT + STABLE, NOT AN ACUTE CONDITION IN NEED OF TREATMENT FOR RECOVERY.__

Follow-up or Part-time/Reduced Work Schedule
Will it be medically necessary for the employee to take leave to attend follow-up appointments and/or work part time or on a reduced schedule because of the medical condition? ___ Yes ___ No

__WITH APPROPRIATE ADAPTATIONS, INCLUDING ACCESS TO TOPAZ CCTV, HER SPECIALIZED GLASSES + ZOOM TEXT TALKING SOFTWARE, MS. MOSS MAY BE ABLE TO CONTINUE WORKING PART TIME WITH SUPPORT FROM OTHER STAFF MEMBERS WHEN NEEDED. ALL OF THE NECESSARY FACTORS CANNOT BE DETERMINED / EMPLOYMENT RELATED VARIABLES CANNOT BE FULLY ASSESSED. BY MY ASSESSMENT, VISUAL ACUITY IS SEVERELY REDUCED BUT MS. MOSS HAS BEEN WORKING WITH THIS CONDITION FOR MANY YEARS IN HER CURRENT CAPACITY.__

2 | Page

CONFIDENTIAL                                                              UH-MOSS 1361

03/22/2017 15:56 Cleveland Sight Center - LVC (FAX)2166588731 P.006/007

02/16/2017 THU 15:59 FAX 216 445 2226 H4597 @016/025

University Hospitals 2/16/2017 11:56:50 AM PAGE 9/018 Fax Server

If so, provide information sufficient to establish the medical necessity for such leave: _____

If there is a medical necessity for follow-up treatment appointments, what is the estimated treatment schedule, including the dates of any scheduled appointments and the amount of employee time off required for each appointment, including any recovery period:

FOLLOW UP APPOINTMENTS NOT INDICATED AT THIS TIME WITH ME. MS. MOSS MAY NEED FOLLOW UP APPOINTMENTS WITH HER BSVI COUNSELLOR TIM SULLIVAN

If there is a medical necessity that the employee work on a part time or reduced schedule, estimate the part-time or reduced work schedule the employee needs: ___ hour(s) per day; ___ days per week from ___ through ___

MS. MOSS WORKS 24 HRS/WK — 3 TIMES PER WEEK (3 DAYS EACH WEEK) AND FEELS COMFORTABLE WITH THAT SCHEDULE

Intermittent Leave

Will the condition intermittently prevent the employee from performing some or all of his/her essential job functions? ___ Yes ___ No

AS NOTED, CERTAIN JOB FUNCTIONS ARE CHALLENGING DUE TO LOSS OF CENTRAL VISION ... SUCH AS FACIAL RECOGNITION & EXPRESSIONS INTERPRETATION

If so, provide information sufficient to establish the medical necessity for such intermittent leave: _____

Based upon the employee's medical history and your knowledge of the medical condition, estimate the frequency and the duration of the employee's intermittent inability to perform some or all of his/her job functions over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: ___ times per ___ week(s) ___ month(s)
Duration: ___ hours or ___ day(s) per episode:

I AM UNABLE TO COMPLETE THIS PORTION IN THE MANNER REQUESTED

Estimated duration of the need for intermittent leave: _____

Signature of Physician/Practitioner: _____ Date: __/__/__

Print Name: LIDIJA BALCIUNAS, OD. Fax #: (216) 658-8731

Field of Specialization: LOW VISION OPTOMETRIST Phone #: (216) 658-8732

Address: 1909 E. 101st ST. City/State/Zip: CLEVELAND OH 44106

Please review contact information below and fax this form to the appropriate team member based on the entity of employment:

Should you have any questions please call Disability Management Services at 216-767-8700 and follow the prompts to speak with a team member. Thank you.

3|Page

CONFIDENTIAL UH-MOSS 1362

03/22/2017 15:57 Cleveland Sight Center - LVC (FAX)2166588731 P.007/007
02/16/2017 THU 15:59 FAX 216 445 2226 84597 ☒024/025

University Hospitals 2/16/2017 11:56:50 AM PAGE 17/018 Fax Server

# ATTACHMENT A
## Authorization for Release of Medical Information

**University Hospitals**

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION**

Records to be released from:
Case Medical Center ☐ Ahuja ☐ Bedford ☐ Conneaut ☐ Geneva ☐ Geauga ☐ Richmond ☐ UH Home Care ☐ UHPS ☐

Patient Name (Please Print): MOSS, Dekotrei
Date of Birth: 5/31/65 Social Security Number (last four digits): ___
Address: 105 Salem Ct, Hinckley 44233
Phone Number: (330) 225-9507
Medical Record Number: ___
Prior MR #: ___

Treatment Date(s): 2/16/17

Please Release Medical Information to the Following Recipient:
Name of Person or Organization: Primary Care Physician Dr. Paul Burs
Address: 5623 Ridge
Mailstop: 4-886-3150
City: Parma State: ___ Zip Code: ___
Fax #: ___

Purpose of Disclosure: FFD FM

### Description of Information to be Released:
☐ Pertinent Summary (Includes all * Items)
☐ Admission Face
☐ *Discharge Summary
☐ *Emergency Room Report
☐ *History & Physical
☐ *Consultation Report
☐ *Operative Report
☐ Facesheet / Demographics
☐ Lab Reports
☐ *Radiology Report
☐ *EKG Report
☐ *Pathology Report
☐ *Card Cath Report
☐ Physical Therapy
☐ Entire Record
☐ Physician's Notes
☑ Other: Coordination, tx, ucs for F-D

[Authorization text and signature block]

Signature of Patient/Legal Representative: [signed] Date Signed: 2/16/17

GM-61 - Accessing Protected Health Information
Owner: Health Information Management
Revised: March 2011
Page 8 of 8
Uncontrolled document - printed version only reliable for 24 hours

CONFIDENTIAL UH-MOSS 1363