

# UH Performs - Performance Details

**Review Year:** 2015

| | | |
|---|---|---|
| **Name:** Moss, Deborah Ann | **Position:** Rehabilitation Therapist | **Manager:** Holley, Kathryn |
| **Assignment Number:** 1151952 | **Department:** PMC Hanna Pavilion 3-25675 | **Entity:** The Parma Community General Hospital Association |

| Title | Description | Effective Contributor | Needs Improvement |
|---|---|---|---|
| Job Specific Competencies (attach job specific competencies if applicable) | Demonstrated the knowledge, skills and abilities necessary to do the job. | ☑ | ☐ |
| Performance Expectations | Performed according to established goals, behaviors and UH values. | ☑ | ☐ |

**Attachments**

| Name | Uploaded By | Created Date |
|---|---|---|

**Manager Comments**

Deb is a valued member of the team and has worked in conjunction with her programming teammate to enhance the documentation for their area. She engages the patients and has worked to develop different groups for higher functioning patients.

**Employee Comments**

| | |
|---|---|
| **Employee Signature** Deborah Moss | **Date** 3/15/2016 |
| **Manager Signature** Kathryn Holley | **Date** 3/18/2016 |