

**University Hospitals
Parma Medical Center**

**ALL ACCOMMODATION REQUESTS SHOULD BE DIRECTED THE HUMAN
RESOURCES DEPARTMENT**

**Confidential employee related medical information.**

October 4, 2016

Deborah Moss
63 Salem Ct
Hinckley, OH 44233

**Re: Request for Reasonable Accommodation**

Dear Deborah:

On approximately, September 30, 2016, you informed me that you required accommodation(s), due to a medical condition, in order to perform the essential functions of your position. The Corporate Health Department is responsible for the intake of all medical information. Once the medical information is gathered, University Hospitals will review your accommodation request to determine whether it is medically required and reasonable.

University Hospital complies with the American with Disabilities Act (ADA), the American with Disabilities Amendments Act (ADAAA), and all other applicable laws. In order for us to evaluate your request for an accommodation, we will need following items from you:

1. ***Complete the attached ADA Reasonable Accommodation Form and submit the Completed Form to Corporate Health.*** This will allow us to engage in an interactive process and to discuss your disability and/or medical condition with you. Your medical condition and all medical information submitted by you or your physician will be maintained confidentially by Corporate Health.

2. ***Complete the attached Authorization to Release Medical Information Form.***
This will allow Corporate Health to communicate with your health care provider/physician. Please provide a copy of this authorization to your health care provider/physician.

3. ***Have your health care provider/physician complete the attached Heath Care Provider/Physician Certification Form.*** Please have your treating health care provider/physician complete the Heath Care Provider Certification Form and describe how your medical condition affects your ability to perform the essential functions of your position.

4. **Confidentiality Statement.**  All employee medical information is treated as confidential by University Hospitals.  Medical information is maintained separately from an employee's personnel file.  Specific medical information is not shared with an employee's manager, supervisor, or human resources contact.  Managers and supervisors will only be informed of the nature of the accommodation(s) and/or restriction(s) needed.  As such, we ask that you not discuss your medical condition with your manager or supervisor.

Once we have received the above information, we will evaluate any restriction(s) and/or accommodation(s) request and respond to you accordingly.

Should you have any questions, please do not hesitate to contact Deb Sheldon, Human Resources Generalist at 440-743-4052.

Sincerely,

*Kathryn Holley* (signature)

Kathryn Holley
Manager
PMC Hanna Pavilion


cc:     Disability Management Service