Moss Affidavit EXHIBIT 7

 **University Hospitals**™

Dear Employee:

Welcome to **EMPLOYEE ASSISTANCE**. We will be meeting for about an hour to discuss any issues of concern to you. There is no fee to you for any of your contacts with **EA**.

Please take a few moments to complete this information before we meet. This information is needed for your **EA CONFIDENTIAL** file. This information does NOT become part of your Corporate Health or Human Resource file. It is only for EA use in working with you, or to expedite a referral **WITH YOUR PERMISSION**.

The information contained on the third page will be used anonymously to compile statistical data about those persons using the program. Your name will not be attached to it in any way. Your cooperation and accuracy will aid in developing our future program design.

Thank you for your cooperation. Please return these forms to the receptionist and someone will be with you shortly.

Employee Assistance Staff

Name: _Deborah Ann Moss_    Date: _2-15-17_

Home Address: _63 Salem Crt.    Hinckley    44233_

Home Phone: ( _330_ ) _225-9597_    Date of Birth: _05 / 31 / 65_

Emergency Contact: _Bill Moss_    Contact Phone: ( _3_ ) _591-0766_

Hospital/Facility: _Parma Medical_    Department: _BCOA_

Supervisor (optional): _Kathy Holly_    Position: _Rehabilitation Therapist_

Duty Phone: _440-743-4335_

Health Plan Coverage:    Anthem    {✓}Yes    { }No
Other Insurance? _____

May we contact you at work?    {✓}Yes    { }No
May we contact you at home?    {✓}Yes    { }No
Referral Source: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**--- FOR EAP USE ---when referral is made via Anthem ---**

Provider: _____    No. of Visits: _____    Authorization #: _____

Moss Affidavit EXHIBIT 7

**NAME:** Deborah Ann Moss    **DATE:** 2-15-17

**SS#:** ████████  PHONE: ( 3 ) 225-9597  WORK: ( 4 ) 743-4335

**1.** MARITAL STATUS: (Check One)

{ } Single  {✓} Married  { } Divorced  { } Separated  { } Widowed  { } Living w/Someone

Spouse's/partner's name: ___Bill Moss___

**2.** CHILDREN:  (Complete Only If You Have Children)

| Name of Child | Age | Does Child Live With You? | |
|---|---|---|---|
| Kyle | 19 | Yes | No |
| Tyler | 14 | Yes | No |
| | | Yes | No |

**3.** Briefly describe your problem and your reason for contacting us at this time:

___referral by manager ehr - Farma___

**4.** Check the areas that have been affected by this problem:

{ } Marriage/Partner          { } Emotional/Physical Health
{ } Family/Friendships        { } Financial Situation
{ } Job/School Performance    { } Legal Situation

Please explain:

**5.** What counseling or treatment have you had before?

Was it helpful?          { } Yes        { } No

**6.** What other ways have you tried to handle this problem?

**7.** What do you hope to accomplish by coming here?

___Keep my job___

UNIVERSITY HOSPITALS EAP DEAR EMPLOYEE LETTER
S:\DHE5-SafetyOffice\PRINTING Quotes&Orders\EAP Orders\Forms\Dear Employee letter.pdf
Revised 03/09

2

CONFIDENTIAL                    UH-MOSS 1386

Moss Affidavit EXHIBIT 7

Year _____

## EA UTILIZATION

The information on this form is anonymous and is kept strictly confidential.  It is used solely for maintaining statistical records.  Please respond by placing a check in the appropriate box for each category.

**I HAVE BEEN TO EAP BEFORE**
01___Yes    02_✓_No

**YOUR PRESENT JOB STATUS**
01_✓_Employee
02___Family member of employee
03___Retiree
04___Other

**I WAS REFERRED BY**
01___Self
02___Co-worker
03___Employee Relations
04___Employee Advisor
05___Supervisor Suggestion
06_✓_Mandatory Supervisory Referral
07___Other, please specify_____

**SEX**
01_✓_Female    02___Male

**RACE**
01_✓_Caucasian
02___African American
03___Hispanic
04___Native American
05___Asian or Other

**MARITAL STATUS**
01___Single
02_✓_Married
03___Separated
04___Divorced
05___Widowed
06___Co-habitation

**EDUCATION**
01___High School Graduate or GED
02___Some College
03_✓_College Graduate
04___Some Graduate School
05___Graduate Degree

**EMPLOYMENT STATUS**
01___Full-time    02_✓_Part-time

**I HAVE HAD THE FOLLOWING CORRECTIVE ACTION IN THE PAST TWO YEARS**
01___Confirmation of Counseling
02___Warning
03___Suspension or Final Warning
04___Discharge
05___I Resigned
06_✓_No Corrective Action

**OCCUPATIONAL STATUS**
01___Executive
02___Manager
03___Supervisor
04___Regular Salaried
05_✓_Regular Hourly
06___Retiree

**LENGTH OF SERVICE**
01___Under 1 year
02___1-3 years
03___4-6 years
04___7-9 years
05___10-15 years
06_✓_16+ years

**SHIFT**
01_✓_Days
02___Evenings
03___Nights
04___Rotating
05___Other

**SALARY**
01___Under 10,000
02___10,000-14,999
03___15,000-19,999
04___20,000-24,999
05_✓_25,000-29,999
06___30,000-39,999
07___40,000-49,999
08___50,000+

**SUBSIDIARY/HOSPITAL**
01___UHCMC
02___UH - Bedford
03___UH - Brown Memorial
04___UH – Chagrin Hglnds
05___UH - Conneaut
06___UH - Extended Care
07___UH - Geauga
08___UH - Geneva
09___UH – Home Care Services
10___UH - Richmond
11___UH - UHMG
12___UHMSO

UNIVERSITY HOSPITALS EAP DEAR EMPLOYEE LETTER
S:\DHES-SafetyOffice\PRINTING Quotes&Orders\EAP Orders\Forms\Dear Employee letter.pdf
Revised 03/09

3

CONFIDENTIAL          UH-MOSS 1387

Moss Affidavit EXHIBIT 7

 **University Hospitals™**

## Employee Assistance Intake Form

Date: 2-15-17

Employee: Debbie Moss

EAP Counselor: Keh Backer

Phone: _____

Type of Referral:

A: Self
B: Tier I Mandatory
C: Tier II Mandatory

Supervisor: Kathy Holley

Supervisor Phone: _____

**1.) Presenting Problems:**

FFD-tier I med care -visual limitations concerns vis being able to perform functions of job as rec tx on gero psyc unit, work thru 20yr dx Stargardt syndrome teens, 10-11 10 days

**2.) Psychiatric & Substance Abuse Hx (current and past):** sight

| | | |
|---|---|---|
| Psychiatric Tx Inpatient | Yes | (No) |
| Psychiatric Tx Outpatient | Yes | No  EAP sons 12 yo act out term tx - IMPACT |
| Suicidal/Homicidal Ideation | Yes | (No) |
| Domestic violence | Yes | (No) |
| Child abuse | Yes | (No) |
| Sexual abuse | Yes | (No) |
| Affective disorder | Yes | (No) |
| Anxiety disorder | Yes | (No) |
| Evidence of psychosis | Yes | (No) |
| Substance Abuse/Alcoholism | Yes | (No) |
| | | |
| | | |

**3.) Medical Hx (current and past):**

Stargardt syndrom lost central vision still has periphural vision, vision issues since 10-11 yo

Medications/Psych Medications _____

**4.) Family Psychiatric & Substance Abuse Hx (current and past):**

NA

**5.) Background Information, Home Environment, Social Support:** H

Hinckley Women Club, travel, Italy Oct - 25 Anniv.

dancing, Church

mom dad retire NV   bro, sister, husb farm all local close
Columbia VA

**6.) Relationship Hx/Marital/Sexual/Social Factors (current and past):**

Met thru dating service Match , married 25  2 sons 19 TSA agent, 14 yo junior high
Spouse head janitor Parma School

**7.) Educational & Employment Hx/Problems/Stressors (current and past):**

Rec & Leisure Services concentration in therapeutic rec   Nat Certificate
84 Bach Kent,

**8.) Legal/Financial Problems:**

own home no issues

UNIVERSITY HOSPITALS EAP INTAKE FORM
S:\DHES-SafetyOffice\PRINTING Quotes&Orders\EAP Orders\Forms\EAP Intake Form.pdf
Revised 03/09

CONFIDENTIAL                    UH-MOSS 1449

Moss Affidavit EXHIBIT 7

## INDIVIDUAL CLIENT PSYCHO-SOCIAL-EMOTIONAL-STATUS

General Appearance: (appropriate)  inappropriate (specify):

Dress: (appropriate)  meticulous, inappropriate, eccentric, seductive, slovenly, dirty

Interview behavior: (appropriate)  angry, suspicious, silly, evasive, sensitive, impulsive, passive-aggressive, withdrawn, naïve, uncooperative, demanding, negative, seductive, defensive, manipulative, hostile, dramatic

Motor behavior: (appropriate)  restless, agitated, tics, tremor, listless, slow

Speech: (appropriate)  excessive, loud, soft, slurred, stuttering, repetitious, mute, circumstantialty, excessively irrelevant detail

Thought: (appropriate)  blocking, tangential, perseverance, indecision, flight of ideas, loose association, grandiose, hallucination, delusions, illusions

Mood: (appropriate)  sad, depressed, anxious, angry, irritable, elated, labile, dysphoric, euphoric

Affect: (appropriate)  constricted, (normal range) appropriate to context, flat, shallow

Orientation: (time)  yes  no
place  yes  no
person  yes  no

Intellectual level: (normal)  above normal  below normal

Memory: (good)  fair  poor

Insight: (good)  fair  poor

Judgment: (good)  fair  poor

Impressions/Recommendations/Follow-up:

_Client cooperative Stable work Did 20 yr/no jobs works CBSVI large monitor Close Circuit TV, new keyboard against admits can't see cues staff + pts voice facial expressions but has always been this way runs groups solo agreeable ROI to PCP + ophthalmologist HR Employee Health manager Care coordinator + dis manager Stable volunteer helps Elms family, no prior home cooks + cleans two colonial home adapts by memorizing recipes to cook, volunteer read email 1 x week with new copier, flat screen can't use now. NP to follow w PCP + ophthalmology st @ Cole Eye Inst. f/u/b w CC. Med FFD_

Clinician: _Ginene Kahldacher LISW S, CEAP_

Date: _2-15-17_

UNIVERSITY HOSPITALS EAP INTAKE FORM
S:\DHES-SafetyOffice\PRINTING Quotes&Orders\EAP Orders\Forms\EAP Intake Form.pdf
Revised 03/09

CONFIDENTIAL

UH-MOSS 1450