Moss Affidavit EXHIBIT 8

 **University Hospitals**

**ATTACHMENT "B"**

**University Hospitals
Employee Assistance**

## Agreement to Submit to an Alcohol and/or Drug Screen

I have been informed that University Hospitals (UH) is concerned that I may be under the influence of alcohol or drugs, or may have violated the UH policy against alcohol and/or drug use. My behavior and/or ability to perform my job duties are in question and as a result, I have been requested to submit to an Alcohol and/or Drug Screen(s) by blood and/or urine test(s) administered by the Corporate Health Service or designated area.

I understand that the results of the toxicology screen will be released to the Employee Assistance Program. In specific cases (i.e. diversion of drugs) results of the screening will also be released to the entity HR representative. Based on these results and other documentation, department management will determine a course of action.

I agree to the requested Alcohol and/or Drug Screen(s) through blood and/or urine tests by the Corporate Health Service or designated area and in recognition of this agreement, sign this consent form.

_____     2-15-17
Employee Signature                              Date

_____     2-15-17
Witness    Carol Heikman                      Date

**Employee Refusal**

I refuse to comply with the requested Alcohol and/or Drug Screen(s). I understand that I have 20 minutes to consent after initial refusal of this request. After this time has elapsed and I continue to refuse this request I may be subject to corrective action up to and including discharge (or immediate discharge).

_____     _____     _____
Employee Signature                Date                  Time

_____     _____     _____
Witness                              Date                  Time

CONFIDENTIAL                              UH-MOSS 1500

**NON-REGULATED 5 PART DRUG TESTING CUSTODY AND CONTROL FORM**

SPECIMEN ID NO.

**MEDTOX** LABORATORIES, INC.
402 W County Rd D
St. Paul, MN 55112
(651) 636-7466
(800) 832-3244

**STEP 1** To be completed by **COLLECTOR**
or **EMPLOYER REPRESENTATIVE**        Account #

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. | LAB ACCESSION NO. |
|---|---|---|

EAP

EMPLOYER NAME

Account #

Donor I.D.

C. Donor Name (Last, First)   MOSS   DEBORAH   Donor Daytime Phone   3 3 0 2 2 5 9 5 9 7

D. Reason for Test   ☐ Pre-employment   ☒ Random   ☐ Reasonable Suspicion/Cause
☐ Return To Duty   ☐ Follow-up   ☐ Post Accident   ☐ Other (Specify)

E. Collection Site Name        Collector Phone No.        Collector Fax No.

F. Test(s) Ordered

**STEP 2: COMPLETED BY COLLECTOR**
Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes   ☐ No, Enter Remark

Specimen Collection: ☒ Split   ☐ Single   ☐ None Provided (Enter Remark)   ☐ Observed (Enter Remark)

**14008**

REMARKS

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)
**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed and released to the Delivery Service noted in accordance with applicable requirements.

X _____
Signature of Collector

_____ Carol Heilman
(PRINT) Collector's Name (First, MI, Last)

Time of Collection   5 0 0   ☐ AM  ☒ PM

Date (Mo./Day/Yr.)   0 2 / 1 5 / 2 0 1 7

**SPECIMEN BOTTLE(S) RELEASED TO:**
Name of Delivery Service Transferring Specimen to Lab
☐ FedEx   ☐ Local Courier
☐ Other _____

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____
Signature of Donor

_____ Deborah Moss
(PRINT) Donor's Name (First, MI, Last)

Date (Mo. / Day /Yr.)   2/15

Daytime Phone No. ( )  330.2259597   Evening Phone No. ( )  330.2259597   Date of Birth ___/___/___
Mo. Day Yr.

evign

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ DILUTE
☐ REFUSAL TO TEST BECAUSE:   ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____
Signature of Medical Review Officer

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)

Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable requirements, my determination/verification
☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON

X _____
Signature of Medical Review Officer

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)

Date (Mo./Day/Yr.)

CONFIDENTIAL
COPY 3 - COLLECTOR COPY

UH-MOSS 1501

A-14A (9/12) Mfg. 10/12

NON-REGULATED 5 PART DRUG TESTING CUSTODY AND CONTROL FORM

SPECIMEN ID NO.

**MEDTOX** LABORATORIES, INC.
402 W County Rd D
St. Paul, MN 55112
(651) 636-7466
(800) 832-3244

**STEP 1** To be completed by **COLLECTOR** or **EMPLOYER REPRESENTATIVE**

Account #

**A. Employer Name, Address, I.D. No.**

EAP

MPLOYER NAME

**B. MRO Name, Address, Phone and Fax No.**

LAB ACCESSION NO.

Account #

Donor I.D.

**C.** Donor Name (Last, First)  MOSS  DEBORAH

Donor Daytime Phone  330 22 59597

**D. Reason for Test**  ☐ Pre-employment  ☑ Random  ☐ Reasonable Suspicion/Cause
☐ Return To Duty  ☐ Follow-up  ☐ Post Accident  ☐ Other (Specify)

**E. Collection Site Name**

Collector Phone No.

Collector Fax No.

**F. Test(s) Ordered**

**STEP 2: COMPLETED BY COLLECTOR**
Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☑ Yes  ☐ No, Enter Remark

Specimen Collection: ☑ Split  ☐ Single  ☐ None Provided (Enter Remark)  ☐ Observed (Enter Remark)

**14008**

REMARKS

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed and released to the Delivery Service noted in accordance with applicable requirements.

X _____
Signature of Collector

(PRINT) Collector's Name (First, MI, Last)

Time of Collection  1500  ☐ AM ☑ PM

Date (Mo./Day/Yr.)  02 15 2017

**SPECIMEN BOTTLE(S) RELEASED TO:**
Name of Delivery Service Transferring Specimen to Lab
☐ FedEx  ☐ Local Courier
☐ Other _____

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____
Signature of Donor

(PRINT) Donor's Name (First, MI, Last)  Deborah Moss

Date (Mo. / Day /Yr.)

Daytime Phone No. ( )  330.22 59597

Evening Phone No. ( )

Date of Birth  5 3 65  Mo. Day Yr.

330.22 59597

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ DILUTE
☐ REFUSAL TO TEST BECAUSE:  ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____
Signature of Medical Review Officer

(PRINT) Medical Review Officer's Name (First, MI, Last)

Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable requirements, my determination/verification
☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON

X _____
Signature of Medical Review Officer

(PRINT) Medical Review Officer's Name (First, MI, Last)

Date (Mo./Day/Yr.)

CONFIDENTIAL

UH-MOSS 1502

COPY 4 - EMPLOYER COPY - SEND TO EMPLOYER

A-14A (9/12) Mfg. 10/12

Moss Affidavit EXHIBIT 8

# Alcohol Testing Form

*(The instructions for completing this form are on the back of Copy 3)*

**Step 1: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

**A: Employee Name** Deborah Moss
(Print)  (First, M.I., Last)

**B: SSN or Employee ID No.** ▮▮▮▮

**C: Employer Name**
**Street**
**City, State, Zip**
University Hospitals Cleveland Medical Center
Employee Health, MCCO 4th Floor
11100 Euclid Avenue
Cleveland, OH 44106-6029

**DER Name and**
**Telephone No.** Paul Miotto, MD
DER Name          (    ) DER Phone Number

**D: Reason for Test:** ☒ Random ☐ Reasonable Susp ☐ Post-Accident ☐ Return to Duty ☐ Follow-up ☐ P

---

**STEP 2: TO BE COMPLETED BY EMPLOYEE**

I certify that I am about to submit to alcohol testing and that the ide... correct

X _[signature]_
**Signature of Employee**

---

**STEP 3: TO BE COM...**

(If the technician condu...
each technician must con...
individual, that I am qua...

**TECHNICIAN:** ☒ BAT ☐                                     ☐ Yes ☐ No

**SCREENING TEST:** *(For BR...                        ...esting device is not designed to print.*

| Test # | Testing Device Name | De... ...ar # OR Lot # & Exp Date | Activation Time | Reading Time | Result |
|---|---|---|---|---|---|

**CONFIRMATION TEST:** *Results MUST be affixed to each copy of this form or printed directly onto the form.*

**REMARKS:**

University Hospitals Cleveland Medical Center
Employee Health, MCCO 4th Floor
11100 Euclid Avenue
Cleveland, OH 44106-6029

**Alcohol Technician's Company**                **Company Street Address**
Carol Heilman RN
(PRINT) Alcohol Technician's Name (First, M.I., Last)    **Company City, State, Zip        Phone Number** (    )

Carol Heilman RN                                07/15/2017
**Signature of Alcohol Technician**              Date  Month  Day  Year

---

**STEP 4: TO BE COMPLETED BY EMPLOYEE IF TEST RESULT IS POSITIVE.**

I certify that I have submitted to the alcohol test, the results of which are accurately recorded on this form.  I understand that I must not drive, perform safety-sensitive duties, or operate heavy equipment because the results are positive.

**Signature of Employee**                         Date  Month  Day  Year

---

FOSTER SPECIAL INSTRUMENTS  513-891-0868 • P/N INDOT

CMI, Inc.
Intoxilyzer 400
Ser No: 95858D

Test No:    0770
Date:  02/15/17
Test Type:  SCREENING

Diagnostics:  PASS
Time of Test:  14:36
Result:  .000 %BAC

Donor Name:
Deborah Moss

Signature:
_[signature]_

Operator Name:
Carol Heilman

Signature:
_[signature]_

CONFIDENTIAL

COPY 1 - ORIGINAL - FORWARD TO EMPLOYER

UH-MOSS 1503

# Alcohol Testing Form

*(The instructions for completing this form are on the back of Copy 3)*

Moss Affidavit EXHIBIT 8

**Step 1:  TO BE COMPLETED BY ALCOHOL TECHNICIAN**

**A:  Employee Name**   _Deborah Moss_
    (Print)    (First, M.I., Last)

**B:  SSN or Employee ID No.**   ████████

**C:  Employer Name**
    **Street**        University Hospitals Cleveland Medical Center
    **City, State, Zip**   Employee Health, MCCO 4th Floor
                11100 Euclid Avenue
                Cleveland, OH  44106-6029

**DER Name and**
**Telephone No.**   _Paul Miotto, MD_        ( )
            DER Name                DER Phone Number

**D:  Reason for Test:**  ☒ Random  ☐ Reasonable Susp  ☐ Post-Accident  ☐ Return to Duty  ☐ Follow-up  ☐ Pre-employment

**STEP 2:  TO BE COMPLETED BY EMPLOYEE**

I certify that I am about to submit to alcohol testing and that the identifying information provided on the form is true and correct.

X _D. Moss_                    _2/15/17_
Signature of Employee                Date   Month  Day  Year

**STEP 3:  TO BE COMPLETED BY ALCOHOL TECHNICIAN**

(If the technician conducting the screening test is not the same technician who will be conducting the confirmation test, each technician must complete their own form.)  I certify that I have conducted alcohol testing on the above named individual, that I am qualified to operate the testing device(s) identified, and that the results are as recorded.

**TECHNICIAN:**  ☒ BAT  ☐ STT    **DEVICE:**  ☐ SALIVA  ☒ BREATH*  **15-Minute Wait:**  ☐ Yes  ☐ No

**SCREENING TEST:**  *(For BREATH DEVICE* write in the space below only if the testing device is not designed to print.)*

| Test # | Testing Device Name | Device Serial # OR Lot # & Exp Date | Activation Time | Reading Time | Result |
|--------|---------------------|-------------------------------------|-----------------|--------------|--------|
|        |                     |                                     |                 |              |        |

**CONFIRMATION TEST:**  Results MUST be affixed to each copy of this form or printed directly onto the form.

**REMARKS:**        University Hospitals Cleveland Medical Center
            Employee Health, MCCO 4th Floor
            11100 Euclid Avenue
            Cleveland, OH  44106-6029

_Carol Heilman RN_                Company Street Address
Alcohol Technician's Company
(PRINT) Alcohol Technician's Name (First, M.I., Last)   Company City, State, Zip    Phone Number  ( )

_Carol Heilman RN_                _02/15/2017_
Signature of Alcohol Technician            Date  Month  Day  Year

**STEP 4:  TO BE COMPLETED BY EMPLOYEE IF TEST RESULT IS POSITIVE.**

I certify that I have submitted to the alcohol test, the results of which are accurately recorded on this form.  I understand that I must not drive, perform safety-sensitive duties, or operate heavy equipment because the results are positive.

_____        ____/____/____
Signature of Employee                Date   Month  Day  Year


FOSTER SPECIAL INSTRUMENTS    513-891-0868 • P/N INDOT

COPY 3  ALCOHOL TECHNICIAN RETAINS    CONFIDENTIAL

UH-MOSS 1504

## NON-REGULATED 5 PART DRUG TESTING CUSTODY AND CONTROL FORM

SPECIMEN ID NO.

**MEDTOX** LABORATORIES, INC.
402 W County Rd D
St. Paul, MN 55112
(651) 636-7466
(800) 832-3244

**STEP 1** To be completed by **COLLECTOR** or **EMPLOYER REPRESENTATIVE**    Account # 014224

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. | LAB ACCESSION NO. |
|---|---|---|
| UH HOSP CMC EMPLOYEE HEALTH<br>MCO CIRCLE DR, MCCO 4TH FLR<br>CLEVELAND, OH 44106<br>EMPLOYER NAME    EAP | DR PAUL MICOTTO<br>37000 CENTER RIDGE ROAD<br>NORTH RIDGEVILLE, OH 44039<br>FH 440-___ | |

Account # 014224

Donor I.D. [redacted]

C. Donor Name (Last, First)    M O S S    D E B O R A H    Donor Daytime Phone  330 22 59597

D. Reason for Test    ☐ Pre-employment    ☒ Random    ☐ Reasonable Suspicion/Cause
☐ Return To Duty    ☐ Follow-up    ☐ Post Accident    ☐ Other (Specify)

E. Collection Site Name  6520
UH EMPLOYEE HKLTH CLEVELAND
MCCO CIRCLE DRIVE    MCCO 4TH FLOOR
CLEVELAND, OH 44106

Collector Phone No.
Collector Fax No.

F. Test(s) Ordered    ☒ 35513    ☐ 87111

**STEP 2: COMPLETED BY COLLECTOR**
Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes    ☐ No, Enter Remark

Specimen Collection:    ☒ Split    ☐ Single    ☐ None Provided (Enter Remark)    ☐ Observed (Enter Remark)

14008

REMARKS

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed and released to the Delivery Service noted in accordance with applicable requirements.

X _Carol Heilman_
(PRINT) Collector's Name (First, MI, Last)    Carol Heilman

Time of Collection  5 : 00    ☐ AM  ☒ PM

Date (Mo./Day/Yr.)  02 / 15 / 2017

**SPECIMEN BOTTLE(S) RELEASED TO:**
Name of Delivery Service Transferring Specimen to Lab
☒ FedEx    ☐ Local Courier
☐ Other _____

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Moss MM_
Signature of Donor

(PRINT) Donor's Name (First, MI, Last)  Deborah Moss

Date (Mo. / Day /Yr.)  2-15-17

Daytime Phone No. ( )  330.2259579.7    Evening Phone No. ( )  330.22 59597    Date of Birth  5.3.65

_er/gm_

| | STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN | | |
|---|---|---|---|
| | In accordance with applicable requirements, my determination/verification is: | | |
| | ☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ DILUTE | | 2 15 17 |
| | ☐ REFUSAL TO TEST BECAUSE:  ☐ ADULTERATED  ☐ SUBSTITUTED | | |
| | REMARKS _____ | | |
| | X _____ | | ___/___/___ |
| | Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last) | | Date (Mo./Day/Yr.) |

| | STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN | | |
|---|---|---|---|
| | In accordance with applicable requirements, my determination/verification | | 2 15 17 |
| | ☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON | | |
| | X _____ | | ___/___/___ |
| | Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last) | | Date (Mo./Day/Yr.) |

CONFIDENTIAL    UH-MOSS 1505
**COPY 2 - MEDICAL REVIEW OFFICER COPY - SEND TO MRO**    A-14A (9/12) Mfg. 10/12