Page 1

1 IN THE UNITED STATES DISTRICT COURT
2 FOR THE NORTHERN DISTRICT OF OHIO
3 EASTERN DIVISION
4 ~~~~~~~~~~~~~~~~~~~~
5 DEBORAH MOSS,
6     Plaintiff,
7 vs.     Case No. 1:18-cv-02257
8 UNIVERSITY HOSPITALS
9 AT PARMA MEDICAL CENTER,
10     Defendant.
11 ~~~~~~~~~~~~~~~~~~~~
12 Deposition of
13 DEBORAH A. MOSS
14
15
16 April 8, 2019
17 10:00 a.m.
18
19 Taken at:
20 Giffen & Kaminski
21 1300 East Ninth Street, Suite 1600
22 Cleveland, Ohio
23
24
25 Cynthia Sullivan, RPR

1 REPORTER'S CERTIFICATE
2 The State of Ohio,    )
3                              SS:
4 County of Cuyahoga.  )
5
6             I, Cynthia Sullivan, a Notary
7 Public within and for the State of Ohio, duly
8 commissioned and qualified, do hereby certify
9 that the within named witness, DEBORAH A. MOSS,
10 was by me first duly sworn to testify the
11 truth, the whole truth and nothing but the
12 truth in the cause aforesaid; that the
13 testimony then given by the above-referenced
14 witness was by me reduced to stenotypy in the
15 presence of said witness; afterwards
16 transcribed, and that the foregoing is a true
17 and correct transcription of the testimony so
18 given by the above-referenced witness.
19             I do further certify that this
20 deposition was taken at the time and place in
21 the foregoing caption specified and was
22 completed without adjournment.
23
24
25

Page 170

1  I do further certify that I am not
2  a relative, counsel or attorney for either
3  party, or otherwise interested in the event of
4  this action.
5  IN WITNESS WHEREOF, I have hereunto
6  set my hand and affixed my seal of office at
7  Cleveland, Ohio, on this 12th day of
8  April, 2019.
9
10
11
12
13  *Cynthia Sullivan*
14  Cynthia Sullivan, Notary Public
15  within and for the State of Ohio
16
17  My commission expires October 17, 2021.
18
19
20
21
22
23
24
25

1        A.    There was another doctor that I
2    could add for UH.
3        Q.    Okay.
4        A.    Dr. Fitzgerald.
5        Q.    That was you said after --
6        A.    Yes.  She was another UH
7    psychiatrist.  She was there for a short time,
8    and I couldn't tell you the dates.
9        Q.    After the acquisition?
10       A.    Correct.
11       Q.    But prior to Dr. Sanitato?
12       A.    No.  She did work with him.
13       Q.    To your knowledge did
14   Dr. Fitzgerald and Dr. Sanitato maintain
15   private practices?
16       A.    I believe so.
17       Q.    Could you tell me what your
18   understanding of your job duties and
19   obligations were as a rehabilitation therapist?
20       A.    To provide therapeutic groups to
21   the patients, work as a member of the
22   interdisciplinary team.
23       Q.    Anything else?
24       A.    Whatever else was required of the
25   job, you know, completing continuing education

1 or whatever learning.
2     Q. As part of providing therapeutic
3 groups for patients, was patient assessments
4 part of your job responsibilities?
5     A. Yes.
6     Q. That would include an assessment
7 upon the patient's initial arrival to the
8 geriatric psych unit, correct?
9     A. I believe within 24 hours.
10     Q. What was the purpose of that
11 assessment that you would complete?
12     A. To identify any specific issues to
13 address.
14     Q. How would you go about completing
15 those assessments?
16     A. Asking questions, observation in
17 group, other information from staff in the team
18 meetings, the chart.
19     Q. Your assessment was specifically
20 geared toward the functional and rehabilitative
21 needs of the patients; is that correct?
22     A. Generally their leisure interests.
23     Q. What does that mean, leisure
24 interests?
25     A. What they like to do for fun,

1   social, emotional, physical, cognitive.
2       Q.   Was the goal to gain an
3   understanding of that so that you could gear
4   your therapy towards improving, for example,
5   their cognitive and emotional functioning?
6       A.   Right, along with their diagnosis.
7       Q.   So after the initial assessment,
8   you would then plan and implement and evaluate
9   the therapy for each patient; is that right?
10      A.   Identify goals to work on with that
11  patient, yes.
12      Q.   Was each therapeutic session
13  planned and implemented based on the different
14  goals of whatever patient population you were
15  serving at a given time?
16      A.   Generally, yes.
17      Q.   Then as part of your job you were
18  required to evaluate how the patients responded
19  to the therapy, correct?
20      A.   Correct.
21      Q.   You would then report on that
22  evaluation and outcome to the rest of the
23  treatment team to complete the patient's
24  assessment?
25      A.   Each patient was documented on

Page 40

1  after each group.  There were generally two
2  group sessions a day, so there were two group
3  notes that were written, and then adding any
4  information in the treatment team that occurred
5  on a daily basis in the morning.
6        Q.    When you say two group notes per
7  day, that would be individual to the patient,
8  though, correct?
9        A.    Correct.
10       Q.    So how each individual patient
11 performed or responded to the group therapy?
12       A.    Right.  Yes.  Each patient got a
13 note twice a day from the rehab therapist.
14       Q.    What methods would you use to
15 perform your evaluation of how an individual
16 patient was performing or responding to the
17 therapy you were providing?
18       A.    There was a standard note, and
19 often a check box for behaviors and their
20 participation, and then an area for a brief
21 summary, I believe.
22       Q.    So you said there was a check box
23 for behaviors?
24       A.    Correct.  Yeah.  We had a list of
25 various behaviors noted, and you would check

Page 41

1   those off if any applied.
2        Q.   What were those?
3        A.   They could vary; calm, agitated,
4   probably hallucinating, affect.  I'm sure there
5   is more.
6        Q.   What methods would you use to
7   determine whether a patient was calm, agitated,
8   hallucinating, or to judge their affect?
9        A.   Their observation and participation
10  in group.
11       Q.   How did you observe and make an
12  assessment of their participation in group?
13       A.   Through interaction, questioning,
14  getting up, moving around the room at times,
15  just, again, observing.
16       Q.   When you say through interaction,
17  is that verbal communication with the patient?
18       A.   Yes.
19       Q.   Between you and the patient?
20       A.   Yes.  It could be physical if we
21  were exercising.
22       Q.   What type of physical interaction
23  as an example?
24       A.   Like chair exercises, just moving
25  arms, legs, sometimes assisting a patient if

Page 42

1  they weren't able to do it themselves, a pat on
2  the shoulder for doing a good job, or if they
3  need to wake up, you know, a pat on the knee or
4  the shoulder again, verbal cues, prompts.
5       Q.   You said if they need to wake up?
6       A.   Yeah. They could fall asleep.
7       Q.   Were these patients, I'm sure they
8  were all different, but in a general sense were
9  they being medicated while they were on the
10 unit?
11      A.   If the doctor felt so, yes.
12      Q.   Was that pretty typical, that the
13 patients you were doing group therapy with
14 would be on some type of medication?
15      A.   Yes. Yes.
16      Q.   How would you identify, for
17 example, I think you said agitated, how would
18 you come to the conclusion that a patient was
19 agitated.
20      A.   If they are very fidgety, restless,
21 sometimes verbal, if they are calling out or
22 starting to get a change in their tone of
23 voice.
24      Q.   Did you ever have patients who were
25 non-verbal?

Page 43

1  A. A few.
2  Q. In what ways did you change your
3  technique or your evaluation process to
4  complete the assessments of those patients?
5  A. More interactions with nursing. I
6  guess it would depend on the patient, asking
7  them questions, maybe if they nod their head
8  yes or no, writing things down if they are
9  able. Sometimes I would write questions out
10 for them to read. Again, they could agree or
11 disagree if able.
12 Q. Part of your job included you said
13 participating in interdisciplinary rounds on a
14 daily basis; is that right?
15 A. Yes.
16 Q. What did that entail?
17 A. Nursing, the physician, the
18 manager, myself, and a social worker met every
19 morning to go over the patients to review their
20 treatment plans if they were needing an update.
21 Q. So you would give daily updates of
22 the patients' performance in your group
23 therapy? Is that how you contributed to that
24 discussion?
25 A. Yes.

1    Q.    Were there any other ways that you
2    would participate in that discussion?
3          A.    Not that I can think of.
4          Q.    Were there call lights on the unit?
5          A.    Yes.
6          Q.    Can you tell me what those are?
7          A.    If the patient is in their room and
8    needs assistance, they have a button that they
9    can press or that nursing can press if they
10   need additional assistance, and there were also
11   call lights in the group rooms and in the rest
12   rooms.
13         Q.    Was it part of your
14   responsibilities to respond to those?
15         A.    Yes.
16         Q.    Is that a duty that everyone on the
17   unit has?
18         A.    Yes.
19         Q.    Is it also part of your job to
20   ensure that patients are in a safe environment
21   when they are, for example, in the group
22   therapy sessions?
23         A.    Yes.
24         Q.    For your therapy sessions, what
25   types of activities were included in those?

Page 45

1      A.    Generally, morning group started
2 with a community group where we would go over
3 orientation, maybe some trivia relating to the
4 day, asking -- we could do patient
5 introductions if it's a whole new group or if
6 we had a new person.
7           Sometimes I'd ask them like a
8 question of the day, and everybody could go
9 around the circle. Generally, we're set up in
10 a circle for that. Maybe goal setting, how
11 they are feeling, and then we'd move into chair
12 exercises and then maybe some other type of
13 large motor skill activity, and then that
14 generally would go 45 minutes to an hour.
15           Then we would rearrange back to
16 tables for the next activity. I'd give them a
17 snack or a beverage, and then the second
18 activity within -- because in the morning it
19 was like a two-hour time span that we had them
20 -- it could be a discussion maybe on depression
21 or self-awareness, self-esteem, depression,
22 just depending on whatever the need of the
23 group was.
24      Q.    When you say chair exercises, can
25 you tell me what that entails?

Page 46

1    A.    Basically stretching while sitting
2    in a chair.  Some techniques are yoga.  My
3    training came through the Arthritis Foundation.
4         Q.    So stretching?  Yoga?
5         A.    Deep breathing.
6         Q.    Then you said large motor skill
7    activities?
8         A.    Correct.
9         Q.    What were some of those?
10        A.    Those could be like throwing a ball
11   into a basket, horseshoes, bowling, balloon
12   volleyball.
13        Q.    I take it, for example, horseshoes,
14   bowling, those would be set up in the group
15   therapy, right?  You weren't going outside of
16   the unit with these patients?
17        A.    Correct.
18        Q.    In fact, it was a locked unit,
19   right?
20        A.    Yes.
21        Q.    So that would be the morning
22   session, and then there was also an afternoon
23   session?
24        A.    Correct.
25        Q.    What happened at the afternoon

Page 47

```
 1   session?
 2        A.   Again, that could be more leisure
 3   based or again for the diagnosis depending on
 4   the group, but it could be Wheel of Fortune was
 5   common, other cognitive activities, word games.
 6        Q.   Would you then complete a second
 7   round of documentation in the afternoon after
 8   that session for each patient?
 9        A.   Yes.
10        Q.   When did you meet Kathy Holley?
11        A.   Sometime in early January when she
12   started.
13        Q.   Of what year?
14        A.   2016.
15        Q.   Was there a change in the way that
16   the treatment and therapy and operation of the
17   unit ran after Kathy became the head manager?
18        A.   I think we were working on some
19   minor changes.
20        Q.   Can you describe those?
21        A.   Probably the times in which groups
22   started would be the biggest, and then, again,
23   like working on changing the documentation for
24   the groups.
25        Q.   Did Kathy make it a point of
```

Page 48

1  emphasis to increase the activity level for the
2  younger geriatric patients or patients with
3  higher acuity?
4       A.    Well, the activities would gear
5  towards whatever population we had.
6       Q.    You worked part time, correct?
7       A.    Correct.
8       Q.    When you were on duty, were you the
9  only recreational therapist on the unit?
10      A.    Yes.
11      Q.    Were you the one charged then with
12  operating both the morning and afternoon
13  groups?
14      A.    Yes.
15      Q.    Did you run those groups solo, on
16  your own?
17      A.    Yes.
18      Q.    In February or March of 2016, Kathy
19  Holley provided a performance review for you;
20  is that correct?
21      A.    Yes, in March.
22      Q.    Can you tell me everything you
23  recall about that discussion?
24      A.    I believe there were no issues with
25  the evaluation.  She raised a concern that

Page 40

1  after each group.  There were generally two
2  group sessions a day, so there were two group
3  notes that were written, and then adding any
4  information in the treatment team that occurred
5  on a daily basis in the morning.
6      Q.   When you say two group notes per
7  day, that would be individual to the patient,
8  though, correct?
9      A.   Correct.
10     Q.   So how each individual patient
11 performed or responded to the group therapy?
12     A.   Right.  Yes.  Each patient got a
13 note twice a day from the rehab therapist.
14     Q.   What methods would you use to
15 perform your evaluation of how an individual
16 patient was performing or responding to the
17 therapy you were providing?
18     A.   There was a standard note, and
19 often a check box for behaviors and their
20 participation, and then an area for a brief
21 summary, I believe.
22     Q.   So you said there was a check box
23 for behaviors?
24     A.   Correct.  Yeah.  We had a list of
25 various behaviors noted, and you would check

Page 41

1  those off if any applied.
2       Q.   What were those?
3       A.   They could vary; calm, agitated,
4  probably hallucinating, affect.  I'm sure there
5  is more.
6       Q.   What methods would you use to
7  determine whether a patient was calm, agitated,
8  hallucinating, or to judge their affect?
9       A.   Their observation and participation
10 in group.
11      Q.   How did you observe and make an
12 assessment of their participation in group?
13      A.   Through interaction, questioning,
14 getting up, moving around the room at times,
15 just, again, observing.
16      Q.   When you say through interaction,
17 is that verbal communication with the patient?
18      A.   Yes.
19      Q.   Between you and the patient?
20      A.   Yes.  It could be physical if we
21 were exercising.
22      Q.   What type of physical interaction
23 as an example?
24      A.   Like chair exercises, just moving
25 arms, legs, sometimes assisting a patient if

Page 42

1  they weren't able to do it themselves, a pat on
2  the shoulder for doing a good job, or if they
3  need to wake up, you know, a pat on the knee or
4  the shoulder again, verbal cues, prompts.
5       Q.   You said if they need to wake up?
6       A.   Yeah.  They could fall asleep.
7       Q.   Were these patients, I'm sure they
8  were all different, but in a general sense were
9  they being medicated while they were on the
10 unit?
11      A.   If the doctor felt so, yes.
12      Q.   Was that pretty typical, that the
13 patients you were doing group therapy with
14 would be on some type of medication?
15      A.   Yes.  Yes.
16      Q.   How would you identify, for
17 example, I think you said agitated, how would
18 you come to the conclusion that a patient was
19 agitated.
20      A.   If they are very fidgety, restless,
21 sometimes verbal, if they are calling out or
22 starting to get a change in their tone of
23 voice.
24      Q.   Did you ever have patients who were
25 non-verbal?

Page 43

1    A.   A few.
2    Q.   In what ways did you change your
3  technique or your evaluation process to
4  complete the assessments of those patients?
5    A.   More interactions with nursing.  I
6  guess it would depend on the patient, asking
7  them questions, maybe if they nod their head
8  yes or no, writing things down if they are
9  able.  Sometimes I would write questions out
10 for them to read.  Again, they could agree or
11 disagree if able.
12   Q.   Part of your job included you said
13 participating in interdisciplinary rounds on a
14 daily basis; is that right?
15   A.   Yes.
16   Q.   What did that entail?
17   A.   Nursing, the physician, the
18 manager, myself, and a social worker met every
19 morning to go over the patients to review their
20 treatment plans if they were needing an update.
21   Q.   So you would give daily updates of
22 the patients' performance in your group
23 therapy?  Is that how you contributed to that
24 discussion?
25   A.   Yes.

1       Q.      Were there any other ways that you
2    would participate in that discussion?
3       A.      Not that I can think of.
4       Q.      Were there call lights on the unit?
5       A.      Yes.
6       Q.      Can you tell me what those are?
7       A.      If the patient is in their room and
8    needs assistance, they have a button that they
9    can press or that nursing can press if they
10   need additional assistance, and there were also
11   call lights in the group rooms and in the rest
12   rooms.
13      Q.      Was it part of your
14   responsibilities to respond to those?
15      A.      Yes.
16      Q.      Is that a duty that everyone on the
17   unit has?
18      A.      Yes.
19      Q.      Is it also part of your job to
20   ensure that patients are in a safe environment
21   when they are, for example, in the group
22   therapy sessions?
23      A.      Yes.
24      Q.      For your therapy sessions, what
25   types of activities were included in those?