```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF OHIO

 3                     EASTERN DIVISION

 4

 5   DEBORAH MOSS,                    )

 6                                    )

 7              Plaintiff,      )

 8        VS                    ) NO. 1:18-CV-02257

 9                                    )

10   UNIVERSITY HOSPITALS AT PARMA  )

11   MEDICAL CANTER,                 )

12                                    )

13              Defendants.     )

14                                    )

15

16

17          DEPOSITION OF KATHRYN HOLLEY

18              APRIL, 11, 2019

19                 10:03 A.M.

20

21          1300 EAST 9th STREET

22              CLEVELAND, OHIO

23

24   REPORTED BY:

25   Debra Lynn Ketring, CSR
```

```
 1                    REPORTER'S CERTIFICATE

 2

 3    THE STATE OF OHIO,      )      SS:

 4    COUNTY OF CUYAHOGA.     )

 5         I, Debra Lynn Ketring, state that KATHRYN

 6    HOLLEY, was first duly sworn by me, Notary Public

 7    within and for the State of Ohio, to testify the

 8    truth, the whole truth and nothing but the truth in

 9    the cause aforesaid; that the testimony then given

10    by her was by me reduced to stenotype in the

11    presence of said witness, afterwards transcribed on

12    a computer, and that the foregoing is a true and

13    correct transcript of the testimony so given by

14    her, as aforesaid.

15         I do further certify that this deposition was

16    taken at the time and place in the foregoing

17    caption specified.  I do further certify that I am

18    not a relative, counsel or attorney of either

19    party, or otherwise interested in the event of this

20    action.

21         IN WITNESS WHEREOF, I have hereunto set my

22    hand and affixed my seal of office at Cleveland,

23    Ohio, on this 22nd day of April, 20 19

24                 Debra Ketring/lw
                   Debra Lynn Ketring, CSR, Notary Public
25                 within and for the State of Ohio
                   My Commission Expires February 18, 2024
```

| 1 | | supervisory role below you? |
|---|---|---|
| 2 | A | I had an assistant nurse manager. |
| 3 | Q | You were in that position for 13 months? |
| 4 | A | Yes. |
| 5 | Q | Was that long enough to learn the ropes? |
| 6 | A | Yes. |
| 7 | Q | At the Cleveland Clinic how many folks did |
| 8 | | you supervise? |
| 9 | A | As a director, six. |
| 10 | Q | I'm not going to ask for any individual |
| 11 | | details, but I am going to ask have you ever |
| 12 | | supervised individual employees with |
| 13 | | disabilities apart from Deborah Moss? |
| 14 | A | No. |
| 15 | Q | Do you have any experience identifying |
| 16 | | reasonable accommodations for employees with |
| 17 | | disabilities? |
| 18 | A | Can you repeat that. |
| 19 | Q | Sure. |
| 20 | | Do you have any experience identifying |
| 21 | | reasonable accommodations for employees with |
| 22 | | disabilities? |
| 23 | A | So if I saw that someone was in some type of |
| 24 | | mobility scooter and needed a ramp, is |
| 25 | | that -- I mean, that would be an |

HOLLEY, KATHRYN
04/11/2019                                                                    Page 10

```
 1          accommodation.  I guess it would depend on

 2          the disability.

 3     Q    Prior to this case, had you had any

 4          experience participating in interactive

 5          process discussion with an employee to

 6          identify reasonable accommodations?

 7     A    No.

 8     Q    I want to ask you some general questions now,

 9          we will get into specifics later, I promise,

10          but general questions about the UH Parma's

11          Behavioral Health Unit that you were the

12          manager of.  I want to start with the time

13          period of January 2016, like when you first

14          started.

15               What does the unit do?  How does it

16          operate?

17     A    So we are a geriatric psychiatry unit ages 55

18          and older.  Patients have to have a primary

19          psychiatric diagnosis to be admitted.

20     Q    What kind -- so it's an in-patient facility;

21          correct?

22     A    Correct.

23     Q    It's a locked in-patient facility?

24     A    Correct.

25     Q    How many staff were present in January 2016
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 14

```
 1          record?

 2    A     It was there when I got there.

 3    Q     How about the physicians, what kind of

 4          assessment did they do?

 5    A     They do a full mental status exam.  The

 6          medical consultant then does the medical exam

 7          for the patient.

 8    Q     What is a medical consultant?

 9    A     So every patient that's on our unit is seen

10          not only by a psychiatrist but also by an

11          internist.

12    Q     When is that assessment conducted in the

13          in-take process?

14    A     All of those have to be completed within 24

15          hours of admission.

16    Q     Are those also recorded on the electronic

17          medical records?

18    A     Yes, they are.

19    Q     How about the music therapist, what kind of

20          assessment does the music therapist do?

21    A     So our therapists, whether they are

22          recreation therapist or an expressive

23          therapist, do their assessments within 24

24          hours of admission.  It includes multiple

25          different questions about the patient's
```

```
 1              You said you were concerned that
 2         Ms. Moss was not -- well, I don't want to put
 3         words in your mouth.
 4              What were you concerned about Ms. Moss'
 5         assessments and when?
 6    A    Through that first year 2016, it was apparent
 7         that Debbie had a visual impairment of some
 8         sort.  So when she would assess the patient,
 9         I was not sure what she was able to fully
10         assess.
11    Q    When did you first become aware that Ms. Moss
12         had a vision impairment?
13    A    Probably soon after meeting her it was
14         physically apparent that there was something,
15         and when I would sit in treatment team I
16         would see the accommodations that the other
17         staff would make for her.
18    Q    What kind of accommodations did you observe
19         the treatment team do?
20    A    One of the things as I explained before, the
21         state wants to see that we are all in the
22         room together discussing the care plan.  So
23         we would sign, date and time each of us.
24              So the community liaison who was there
25         at the time would take a thick felt black
```

```
 1          marker and underline the spot where Debbie

 2          needed to sign the treatment plan.

 3    Q     Did you observe this starting in January

 4          2016?

 5    A     Yes.

 6    Q     Ms. Moss also had a CCTV; correct?

 7    A     I don't know what it was called, but she had

 8          some monitor system in her office.

 9    Q     A large device that you put something written

10          under it and it projects a magnified copy of

11          it; correct?

12    A     Yes.

13    Q     Did you ever -- I'm going to ask you prior to

14          March 2016 did you ever ask Ms. Moss about

15          her vision impairment?

16    A     I don't believe so.

17    Q     Did you ever ask anybody else about her

18          vision impairment?

19    A     Not at that time.

20    Q     Did you talk to the head nurse prior about

21          Ms. Moss' vision impairment?

22    A     I don't recall.  No, I don't recall talking

23          that.

24    Q     Another question, that time period between

25          when the former nurse manager left, I believe
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 34

```
 1         you said it was several months?

 2    A    That's my understanding.

 3    Q    Who was Ms. Moss' supervisor to your

 4         knowledge during that time period?

 5    A    That would have been the assistant nurse

 6         manager.

 7    Q    That's Chrissy Rivera?

 8    A    Yes.

 9    Q    Was she also in that role when you came on?

10    A    As assistant nurse manager?

11    Q    Yes.

12    A    She was the one that was on maternity leave.

13    Q    When you first came on in January 2016, are

14         you aware who was the longest serving

15         employee on the unit?

16    A    No.

17    Q    Did you review Ms. Moss' prior performance

18         evaluations?

19    A    I believe there was one in the file.

20    Q    When did you look at that?

21    A    I don't know.

22    Q    So I understand that UH in the system, March

23         is performance evaluation time; right?

24    A    March, April.

25    Q    Spring?
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 35

```
 1   A     Yes.

 2   Q     Everybody's favorite time of the year.

 3              Tell me about what your performance

 4         evaluation process was for your first one in

 5         March 2016.

 6   A     It was challenging because I didn't have a

 7         lot of information in the files to go from.

 8   Q     What files did you have?  Like what

 9         information did you have?

10   A     It varied in every employees file but the

11         previous year's eval was in all of them, so I

12         did have that.

13   Q     So now we are going to open up this big

14         binder in front of you.

15              MR. BULEA:    It's not that big.

16              MS. WHITE:    That's true.

17   Q     Let's go to Exhibit 18 and I'm going to ask

18         you first to take a look at this item and let

19         me know if you recognize it.

20   A     This would have been the one at her

21         performance appraisal from the year before.

22              MR. BULEA:    Her being Debbie?

23              THE WITNESS:  Yes.  Sorry, Debbie

24         Moss.

25   ///
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 40

```
 1          approximately three months on the job; right?

 2    A     Approximately two to three months.

 3    Q     Ms. Moss was a part-time employee; right?

 4    A     Yes.

 5    Q     How many treatment team meetings would she

 6          participate in in a typical weak?

 7    A     Two.  Roughly two.

 8    Q     So at this point assuming you had two a week

 9          and that you had ten weeks, you might have

10          observed her in as many as 20 treatment team

11          meetings at that point; correct?

12    A     That sounds correct.

13    Q     Did you feel that you had enough -- let me

14          ask you this.  Is there any other part of her

15          work that you had observed at that point?

16    A     I had observed some groups, but at this time

17          not a lot of them, no.

18    Q     Had you gotten feedback from any other member

19          of the treatment team relaying any concerns

20          or expressing any opinions about Ms. Moss'

21          performance or her contributions?

22    A     The one thing that I recall from earlier on

23          in my employment there was that there were

24          staff members that would tell me they would

25          not leave Debbie Moss alone in the group room
```

HOLLEY, KATHRYN
04/11/2019                                                                Page 41

```
 1          with a group.

 2   Q      Who told you that?

 3   A      I had PCAs, Patient Care Assistants, were the

 4          primary people.  Some of the nurses.

 5   Q      What is a PCA?

 6   A      Patient Care Assistant.

 7   Q      What is their job role?  Like what do they

 8          do?

 9   A      So they are there to help the patients that

10          are there to perform activities of daily

11          living with the patients, they are there to

12          maintain the safety of the unit, they do

13          environmental rounds, patient rounds.

14   Q      So some patients with more significant acuity

15          might need a PCA and other patients might

16          not; correct?

17   A      No.  Every patient has -- they are

18          responsible for every patient because every

19          patient is there because of some concern.

20   Q      Okay.

21   A      So their role is multifaceted.

22   Q      How many PCAs are there on the unit?

23   A      At any given time, depending on the census

24          and the acuity, there is one to two.

25   Q      During group sessions does every patient
```

```
 1          participate in group all at once or are some

 2          patients not participating in group?

 3    A     It can go either way.

 4    Q     If a patient is not participating in group

 5          where are they?

 6    A     Typically in their room.

 7    Q     Who is with the patients when they are in

 8          their room?

 9    A     That is the role of all of the staff to keep

10          an eye on the patients in the rooms.

11    Q     Is there a requirement to have one-to-one

12          with patients when they are alone in the

13          room?

14    A     Not one-to-one but we do rounding.

15    Q     So if a patient is in the room and not

16          participating in the group, there is no

17          guarantee they are going to have some person

18          with eyes on them at all times, is there?

19    A     No.  If that was the case, if the patient

20          required that, they would have an assigned

21          person.

22    Q     Some patients do pose a particular risk, for

23          instance, of elopement, risk of falls, risk

24          of self-harm, risk of harm to others;

25          correct?
```

HOLLEY, KATHRYN
04/11/2019                                                                Page 43

```
 1   A     Yes.

 2   Q     How is that information recorded?  How is

 3         that information conveyed to other staff?

 4   A     So the information is recorded in the medical

 5         record, the electronic medical record.  It is

 6         also discussed in treatment team and in other

 7         hand-off communication between disciplines.

 8   Q     Have you ever had an instance where a patient

 9         is designated, because of one of those

10         particular concerns, to have a one-to-one

11         staffing ratio or to have somebody present

12         with them at all times?

13   A     Yes.

14   Q     How often do you have somebody with those

15         particular needs?

16   A     It varies.  It's unpredictable.  It depends

17         on the patients.

18   Q     So you said that a few PCAs and possibly some

19         nurses expressed to you that they were

20         unwilling to leave Ms. Moss alone; is that

21         correct?

22   A     Correct.

23   Q     Are you aware if Ms. Moss ever requested to

24         have those folks present with her?

25   A     No, not aware.
```

HOLLEY, KATHRYN
04/11/2019                                                                      Page 44

| | | |
|---|---|---|
| 1 | Q | Nothing in her file? |
| 2 | A | No. |
| 3 | Q | Did you ever speak with Ms. Moss directly |
| 4 | | about those concerns the PCAs had raised? |
| 5 | A | Yes. |
| 6 | Q | When? |
| 7 | A | I do not recall exactly the date. |
| 8 | Q | How did you broach the subject?  What did you |
| 9 | | say to her? |
| 10 | A | I don't recall exactly what I said to her, |
| 11 | | but it was during one of the conversations |
| 12 | | that we had with human resources. |
| 13 | Q | That was not -- no conversation prior to |
| 14 | | September 2016 though? |
| 15 | A | Prior to when? |
| 16 | Q | September 2016 with Ms. Moss about these |
| 17 | | comments and concerns with PCAs? |
| 18 | A | No. |
| 19 | Q | Can you give me a ballpark like when was the |
| 20 | | very first instance that you heard that |
| 21 | | somebody conveyed they were concerned to |
| 22 | | leave Ms. Moss along with patients? |
| 23 | A | Honestly, it would have been during the first |
| 24 | | few months of my employment at Parma. |
| 25 | Q | Was it before March? |

HOLLEY, KATHRYN
04/11/2019                                                          Page 45

```
 1   A    Quite honestly, I'm not sure.

 2   Q    Getting back to this performance evaluation,

 3        Exhibit 19, you had a one-on-one meeting with

 4        Ms. Moss prior to completing the evaluation;

 5        correct?

 6   A    Yes.

 7   Q    Did you raise with Ms. Moss any concern that

 8        she -- that the PCAs had raised about being

 9        uncomfortable leaving her alone?

10                MR. BULEA:    Objection.

11            You can answer.

12                THE WITNESS:  Not that I recall

13        at that time, no.

14   BY MS. WHITE:

15   Q    I'd like to ask you about the manager

16        comments on this document.  The manager

17        comments are, "Deb is a valued member of the

18        team and has worked in conjunction with her

19        programming teammate to enhance the

20        documentation for their area.  She engages

21        the patients and has worked to develop

22        different groups for higher functioning

23        patients."  Correct?

24   A    Yes.

25   Q    Was that your observation at that time?
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 45

```
 1   A     Quite honestly, I'm not sure.

 2   Q     Getting back to this performance evaluation,

 3         Exhibit 19, you had a one-on-one meeting with

 4         Ms. Moss prior to completing the evaluation;

 5         correct?

 6   A     Yes.

 7   Q     Did you raise with Ms. Moss any concern that

 8         she -- that the PCAs had raised about being

 9         uncomfortable leaving her alone?

10               MR. BULEA:    Objection.

11           You can answer.

12               THE WITNESS:  Not that I recall

13         at that time, no.

14   BY MS. WHITE:

15   Q     I'd like to ask you about the manager

16         comments on this document.  The manager

17         comments are, "Deb is a valued member of the

18         team and has worked in conjunction with her

19         programming teammate to enhance the

20         documentation for their area.  She engages

21         the patients and has worked to develop

22         different groups for higher functioning

23         patients."  Correct?

24   A     Yes.

25   Q     Was that your observation at that time?
```

HOLLEY, KATHRYN
04/11/2019                                                                  Page 46

```
 1   A    Yes.

 2   Q    What was the basis of that observation about

 3        Deb being a valued member of the team?

 4   A    So providing the programming for the patients

 5        is an integral part of our program.

 6   Q    You also comment she worked in conjunction

 7        with her programming teammates to enhance the

 8        documentation for the area?

 9   A    Yes.

10   Q    What was that?

11   A    So that was bringing the documentation that

12        was in use for rehab therapy at the other UH

13        hospitals, psych hospitals into the EMR that

14        we had and starting that process and working

15        towards improving it.

16   Q    Do you know if that's different than the

17        documentation process that was referenced in

18        the 2015 performance evaluation?

19   A    It would have been different.

20   Q    So there is basically two different sets of

21        documentation that are referenced there and

22        Ms. Moss' is contributing to both being

23        improved; correct?

24   A    I can't speak to the one from 2015, I was not

25        part of that, but this one I can speak to.
```

HOLLEY, KATHRYN
04/11/2019

```
 1   Q    You also state Ms. Moss engages the patients?
 2   A    Yes.
 3   Q    So can you describe what's the factual basis
 4        for that assessment?
 5   A    That would have been observation of the
 6        groups that I did see.
 7   Q    Can you give me an example of what you
 8        observed that resulted in your conclusion
 9        that Ms. Moss engages patients?
10   A    So it's again the observation of the group
11        and how the patients are responding to the
12        group leader and actively participating or
13        not participating.
14   Q    You concluded that Ms. Moss had the ability
15        and did engage with patients, they responded
16        her; correct?
17   A    Yes.
18   Q    Ms. Moss worked to develop different groups
19        for higher functioning patients; is that
20        right?
21   A    That was part of what they were working on at
22        that time, yes.
23   Q    This gets back to what you described earlier
24        where you got patients with all sorts of
25        different interests, needs, acuity levels and
```

HOLLEY, KATHRYN
04/11/2019                                                              Page 48

```
 1           it's a challenge to come up with one activity

 2           that can benefit all of the group?

 3    A      Yes.

 4    Q      You felt this was an area of strength for

 5           Ms. Moss that she was working on that

 6           particular point and doing it well; correct?

 7    A      That's not -- what I said was that she worked

 8           to develop different groups for higher

 9           functioning patients.  I didn't really

10           comment on anything specific.

11    Q      That was --

12    A      Just that she was doing that.

13    Q      That was a good thing though?

14    A      I call out when people do different things,

15           yes.

16    Q      Your ultimate conclusion was that Ms. Moss

17           was an effective contributor in demonstrating

18           her knowledge, skills and abilities necessary

19           to do the job; correct?

20    A      Uh-huh.

21    Q      You also concluded that Ms. Moss performed

22           according to the established goals,

23           behaviors, and UH values and she was an

24           effective communicator; correct?

25                     MR. BULEA:    Effective
```

```
 1        contributor.

 2                    MS. WHITE:   Contributor.  Yes.

 3                    THE WITNESS:  Yes.

 4  BY MS. WHITE:

 5  Q    If you had any concerns about Ms. Moss, the

 6        performance evaluation would have been the

 7        place to express them; correct?

 8  A    So my approach is that things don't belong in

 9        a performance evaluation unless you have

10        already discussed that with the individual.

11  Q    You had a discussion with Ms. Moss prior to

12        completing this performance evaluation;

13        correct?

14  A    That was part of this.  That's the process.

15  Q    You had the opportunity during this process

16        to discuss with Ms. Moss if you had any

17        concerns about her ability to perform her

18        job; correct?

19  A    I have the ability to have those discussions

20        at any point with any employee.

21  Q    But one of those opportunities was in March

22        2016 when you were completing her performance

23        evaluation and having a discussion with her

24        about her performance; correct?

25  A    Yes, but my process is I don't blindside
```

HOLLEY, KATHRYN
04/11/2019                                                        Page 54

```
 1   A     Yeah.

 2   Q     What was the topic of the conversation?

 3   A     That I had witnessed her walk into somebody.

 4         I wasn't sure.  I knew Deb Moss had -- again,

 5         she was apparent she a visual impairment of

 6         some sort.  I just didn't know if anything

 7         else had ever been raised about that issue.

 8   Q     Was this before or after the March 2016

 9         performance evaluation?

10   A     It probably was similar in time frame, but I

11         can't say for certain before or after.

12   Q     How wide is that hallway?

13   A     I have no idea.  It's large.

14   Q     Where was Ms. Moss in relation to the walls

15         of the hallway during the collision?

16   A     Again, I'm not positive where they were in

17         that space.  They were in the hallway, but

18         that's again that's all I recall is that it

19         was in that main hallway and I remember that

20         piece of it.  But the spatial piece, not my

21         forte.

22   Q     Prior to that incident, had you ever observed

23         Ms. Moss bump into anybody else?

24   A     I had not.

25   Q     Had you ever observed anybody else bump into
```

HOLLEY, KATHRYN
04/11/2019                                                                        Page 55

```
 1        each other in the hallway on that unit?

 2   A    Not like that.

 3   Q    But you had observed people bumping into --

 4   A    People do bump into each other when they are

 5        moving equipment, when they are moving

 6        patients.

 7   Q    Was anybody seriously injured in the

 8        collision?

 9   A    No.

10   Q    The other person, this OT or PT, was that

11        somebody who regularly worked on the unit?

12   A    They take turns working.  At that time I

13        didn't really know the PTs and OTs well so I

14        couldn't say if she was somebody that was up

15        there.

16   Q    During the March 2016 performance evaluation,

17        did you ask Ms. Moss about her vision

18        impairment at all?  Did the topic come up?

19   A    What did come up was I asked her if she had

20        any accommodations.

21   Q    How did she respond?

22   A    She said no she did not.

23   Q    Did you ask about the CCTV?

24   A    No.

25   Q    How did you ask about accommodations?  Did
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 70

```
 1          documentation in the file, did you have

 2          access to Parma's --

 3    A     No.

 4    Q     Did you have access to Parma's H.R. files

 5          prior to the UH merger?

 6    A     I had no access to Parma's H.R. files.

 7    Q     Did you personally have any reason to think

 8          that Ms. Moss did not, in fact, need a CCTV?

 9    A     Debbie Moss told me she needed it to see,

10          that's what she needed to do that part of her

11          job.

12    Q     So she -- to your knowledge she had one, she

13          was using it.  She told you the one she had

14          wasn't working anymore and she asked for a

15          new one; correct?

16    A     Correct.

17    Q     I'd like to turn now to 1546 and 47.  We will

18          start on 1546.  Do you recognize this

19          document?

20    A     Yes.

21    Q     Is this the document that Kara Ladaika and

22          Deb Sheldon had referenced in that e-mail

23          chain they were going to send you a packet of

24          information to start the ADA process?

25    A     Yes.
```

```
 1   Q    This is the letter that was drafted for you;
 2        is that right?
 3   A    Yes.
 4   Q    There is a couple of lines on here that I
 5        wanted to ask you about.  The first line is
 6        "On approximately September 30, 2016, you
 7        informed me that you required accommodations,
 8        due to a medical condition, in order to
 9        perform the essential functions of your
10        position"; is that right?
11   A    That's what it says.
12   Q    What essential functions did Ms. Moss inform
13        you that she needed an accommodation for?
14   A    The document 1543 was what I was referring
15        to.
16   Q    1543, for the record, is she is telling you
17        she needs accommodations due to her vision
18        impairment that affects her ability to read
19        and write; correct?
20   A    Correct.
21   Q    There is no other essential function of the
22        job that Ms. Moss raised as a concern or
23        specifically requested an accommodation at
24        this point; correct?
25   A    Not at this time.
```

HOLLEY, KATHRYN
04/11/2019                                                          Page 72

```
 1   Q    At this point she had been performing her job
 2        for 19 years and didn't have any indication
 3        that is she was unable to perform at that
 4        point; correct?  Let me rephrase that.
 5             Were you aware at this point of any
 6        determination or written indication in any
 7        performance evaluation that Ms. Moss was not
 8        able to perform the essential functions of
 9        her job?
10   A    No.
11   Q    Did Ms. Moss get that updated Topaz?
12   A    No.  The timing of it, no.
13   Q    So she didn't get it in October 2016;
14        correct?
15   A    No, she did not get it in October.
16   Q    She didn't get it in November 2016; correct?
17   A    No.
18   Q    December 2016?
19   A    No.
20   Q    January 2017?
21   A    No.
22   Q    Did you follow-up with anybody at H.R. on the
23        status of this accommodations request?
24   A    I don't believe I followed up on this
25        request.  There are several steps and so I
```

HOLLEY, KATHRYN
04/11/2019                                                                          Page 74

```
 1          concerned about Debbie's ability to fully

 2          assess and respond and that would have

 3          started in late spring summer of 2016.

 4   Q      What first made you concerned?

 5   A      When there were emergencies on the unit,

 6          codes, she would have difficulty assisting

 7          and responding.

 8   Q      When you say would have, were there actually

 9          instances of codes?

10   A      Yes.  We would have times when we call for

11          assistance from security because of patients'

12          behaviors, medical emergencies.

13   Q      So what was your specific concern about

14          Ms. Moss' response during those incidents?

15   A      Her ability to safely navigate the

16          environment.

17   Q      What was the basis?  What were your

18          observations that formed the basis of a

19          concern?  What did you observe?

20   A      What I would observe is the staff trying to

21          lead Debbie out of the way as they were

22          moving patients, chairs, tables, extra staff

23          was coming in.

24   Q      What do you mean lead her out of the way?

25   A      Lead her safely around the equipment and
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 75

```
 1           chairs and tables and away from the emergent
 2           setting.
 3     Q     Who were the staff that would do that?
 4     A     Whoever was in the space at the time.  So a
 5           variety of patient care assistants, nurses.
 6     Q     How many instances did you observe of a
 7           safety incident that you were concerned about
 8           Ms. Moss' response?
 9     A     Three or four.
10     Q     I'd like you to describe each of them.
11     A     So there was a Code Blue where a patient
12           began to choke and went unresponsive.  That
13           was one.
14     Q     When was that?
15     A     These were all during the spring/summertime
16           of 2016.
17     Q     The Code Blue, the patient choking, was that
18           before or after March 2016?
19     A     After.
20     Q     So where did this occur and where was
21           Ms. Moss?
22     A     In the group room.
23     Q     What caused the patient to choke?
24     A     I am not sure.
25     Q     Was it food or was it an item?
```

HOLLEY, KATHRYN
04/11/2019                                                                Page 76

```
 1   A    Off the top of my head, I don't know.

 2   Q    Were you present in the room?

 3   A    I was not present at the time.  I responded

 4        to the code.

 5   Q    Who was present?

 6   A    I can't tell you specific staff's names.  I

 7        remember situations, not the specifics.

 8   Q    Was Ms. Moss supervising these patients at

 9        that time?

10   A    It was group, like the end of group time.

11   Q    So what exactly did you observe with respect

12        to Ms. Moss' participation in this event?

13   A    So she was not participating in the event.

14        The staff was making a path for her to get

15        out of the group room setting.

16   Q    When you say making a path, like what did

17        that --

18   A    Moving chairs, moving the code cart so that

19        she had a clear path and helping her navigate

20        that.

21   Q    When you say helping navigate, was there

22        touch prompts or verbal?

23   A    Verbal.

24   Q    These were directed to Ms. Moss?

25   A    Yes.
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 77

```
 1   Q    Did Ms. Moss ever ask for those verbal

 2        prompts?

 3   A    I don't remember if she asked.

 4   Q    Have you ever participated in a blindness

 5        etiquette training?

 6   A    I don't know.

 7   Q    You don't recall?

 8   A    I have had a lot of training over the years

 9        so I don't know that there has been anything.

10   Q    There is nothing in the file for Ms. Moss

11        where she specifically requested verbal

12        prompts or assistance navigating to get out

13        of a room during a Code Blue; right?

14   A    No.

15   Q    Who were the specific staff members who

16        provided that assistance?  Like what was

17        their role?

18   A    They would have been PCAs and RNs primarily.

19   Q    Whenever a code is called, all staff have

20        some role in responding to the call light;

21        right?

22   A    Uh-huh, yes.

23   Q    So some staff are going to be directly taking

24        the lead in that instance and other staff are

25        going to be fulfilling other prescribed
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 78

```
 1          roles; is that right?

 2    A     Yes.

 3    Q     What is the protocol?  Is there a written

 4          protocol or is it ad hoc?  Who makes those

 5          decisions?  Who leads the charge when the

 6          code is called?

 7    A     The priority nurse leads the code.

 8    Q     What is the obligation of a recreational

 9          therapist whenever a code is called?

10    A     The primary response for the recreation

11          therapist rehab therapist is to ensure the

12          safety of the other patients.

13    Q     How was that done?  Depends on the situation;

14          right?

15    A     It does.  What I've typically seen is that

16          the rehab therapist will assist with getting

17          those patients out of the space.

18    Q     Now this is a geriatric facility where

19          patients have a risk of fall; correct?

20    A     Correct.

21    Q     So in addition to Ms. Moss, patients

22          themselves might have mobility impairments

23          that affect their ability to safely navigate

24          a space; correct?

25    A     Correct.
```

HOLLEY, KATHRYN
04/11/2019                                                                          Page 79

```
 1   Q    So if other patients are in a room, they
 2        might need to leave the room during the
 3        incident; correct?
 4   A    Correct.
 5   Q    So somebody is going to have to make sure for
 6        the geriatric psych patients who are not part
 7        of that incident that there's a safe and
 8        clear path out of the room; correct?
 9   A    Correct.
10   Q    Many of the patients might have specifically
11        a risk of fall.  That's a big concern among
12        elderly patients generally; correct?
13   A    We have a mix of patients with different fall
14        level risk.  Some are in chairs that can be
15        just pulled out of the way as well.
16   Q    So this Code Blue incident, you arrive on the
17        scene and you observe PCAs moving chairs and
18        equipment out of the way towards the exit; is
19        that correct?
20   A    Yes.
21   Q    What did you observe specifically about
22        Ms. Moss during that incident?
23   A    The staff working to get her out of the
24        middle of the chaos.
25   Q    What was she doing though, not other staff,
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 80

```
 1          what was Ms. Moss doing?

 2    A     Trying to exit the room.

 3    Q     Did she have patients with her at that point?

 4    A     No.

 5    Q     You said that was the end of group time so

 6          she was actually not participating in the

 7          group; correct?

 8    A     The group had stopped.

 9    Q     How many people responded to that call light?

10    A     I honestly cannot say.  When a Code Blue is

11          called, staff from across the hospital come.

12    Q     How many people were in the room total

13          though?  How many patients were in the room?

14    A     I can't tell you that.

15    Q     That was one incident.  What was the next

16          incident that you observed?

17    A     So one of the other incidents was related to

18          an out of control patient, agitated patient.

19    Q     I'm sorry, before I jump into the agitated

20          patient, did you have any discussions with

21          Ms. Moss about your observations or any

22          concerns you had following that Code Blue

23          incident?

24    A     I do not believe I did.

25    Q     You didn't initiate one of those sessions to
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 81

```
 1            communicate with the employee that you
 2            described?
 3     A      No.
 4     Q      You didn't write it up?
 5     A      No.
 6     Q      You didn't talk to Deb Sheldon?
 7     A      No.
 8     Q      Let's talk about this agitated patient
 9            incident.  When was this incident?
10     A      Again during that timeframe over the late
11            spring/summer timeframe.
12     Q      Where did this incident occur?
13     A      Again, in the group room setting.
14     Q      How many patients were present?
15     A      Again, I cannot tell you specifics about
16            that.  I remember situational, but I don't
17            recall the specifics.
18     Q      Ms. Moss was leading a group at that point?
19     A      Yes.
20     Q      So what happened?
21     A      So the patient was agitated.  We have a
22            number of agitated patients at any given
23            time.  He was seated towards the back of the
24            group room and just began to become even more
25            agitated and upset and pushing on tables and
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 75

```
 1            chairs and tables and away from the emergent

 2            setting.

 3     Q      Who were the staff that would do that?

 4     A      Whoever was in the space at the time.  So a

 5            variety of patient care assistants, nurses.

 6     Q      How many instances did you observe of a

 7            safety incident that you were concerned about

 8            Ms. Moss' response?

 9     A      Three or four.

10     Q      I'd like you to describe each of them.

11     A      So there was a Code Blue where a patient

12            began to choke and went unresponsive.  That

13            was one.

14     Q      When was that?

15     A      These were all during the spring/summertime

16            of 2016.

17     Q      The Code Blue, the patient choking, was that

18            before or after March 2016?

19     A      After.

20     Q      So where did this occur and where was

21            Ms. Moss?

22     A      In the group room.

23     Q      What caused the patient to choke?

24     A      I am not sure.

25     Q      Was it food or was it an item?
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 155

```
 1          the concerns that you addressed in the bullet
 2          point?
 3   A      No.
 4   Q      With respect to the second bullet point,
 5          "Unable to complete documentation unless in
 6          your office.  "Would that -- you said that
 7          that was originally discussed in a meeting
 8          with Ms. Moss and Joy the music therapist.
 9               Did you raise that concern again prior
10          to the Fitness for Duty Exam?  Had the
11          documentation process advanced to a point
12          where that decision made sense to discuss?
13   A      It had not.
14   Q      So why include that in this bullet point list
15          at this point?
16   A      It was part of the concern.  If the system
17          was going to push for bedside documentation,
18          it was part of the concern that I had to
19          address.
20   Q      Concern that you were not able to assess the
21          attention level of patients in group through
22          visualization, facial expressions, et cetera;
23          is that right?
24   A      Yes.
25   Q      Did Ms. Moss' job description specifically
```

HOLLEY, KATHRYN
04/11/2019                                                            Page 156

```
 1           require a certain level of visual acuity?

 2   A       I don't recall if the job description did

 3           have that in it.  It's part of a process for

 4           assessing a psychiatric patient.

 5   Q       You testified earlier that Ms. Moss in the

 6           group functions that you observed was very,

 7           very engaged with patients; correct?

 8   A       Yes.

 9   Q       She was verbally engaged with patients?

10   A       Yes.

11   Q       Did she move around the room and interact

12           with patients one-on-one and as a group?

13   A       There were times when I would see her move

14           around the room.

15   Q       So what was your concern that Ms. Moss was

16           not able to assess the attention level of

17           patients?

18   A       So again not knowing what her full visual

19           abilities were, I was not -- that's my

20           concern -- I was not sure that she could see

21           the patient's full affect and full response

22           when it wasn't a verbal response.

23   Q       Was there any instance apart from the

24           instance that you described with the

25           gentleman gesturing for her attention that
```

HOLLEY, KATHRYN
04/11/2019                                                        Page 157

```
 1          you believe Ms. Moss was unable to assess the
 2          attention or engagement of a patient?  Can
 3          you think of a specific instance?
 4   A     So I wasn't in there all the time so it's
 5          hard for me to give you specific instances.
 6          What I know is my patient population.
 7   Q     "Witnessed the other day that you were unable
 8          to respond to a patient's need in group.
 9          Patient with limited verbal skills who needed
10          assistance"; is that right?
11   A     Yes.
12   Q     When you were describing that incident a
13          little while ago, you didn't mention limited
14          verbal skills.  Can you explain what you mean
15          by limited verbal skills?
16                   MR. BULEA:    Objection.
17              You can answer.
18                   THE WITNESS:  So he was
19          internally stimulated and not speaking.
20   BY MS. WHITE:
21   Q     But I believe you testified that after the
22          other patient spoke with Ms. Moss and said,
23          "He needs help," that she did address him
24          verbally; correct?
25                   MR. BULEA:    Objection.
```

HOLLEY, KATHRYN
04/11/2019                                                                Page 160

```
 1   A    So again, it was a concern because I know my
 2        patient population and what can occur.
 3   Q    But that was not one that -- there is not a
 4        specific incident that you thought Deb Moss
 5        has failed to identify a patient in distress?
 6   A    I can't give you a specific incident.
 7   Q    "Concern that you were unable to see when
 8        patient could be causing harm to self or
 9        others."
10             That was a concern as well?
11   A    Uh-huh.  Yes, it was.
12   Q    Was there any instance that you are aware of,
13        during the 13 months that you were Ms. Moss'
14        supervisor, where Ms. Moss failed to identify
15        a patient who was causing harm to self or
16        others?
17   A    So again, I don't have a specific instance.
18        Knowing my patient population and the risks,
19        I needed the Fitness for Duty to understand
20        what was happening and what we needed to do.
21   Q    Was there any instance that other staff
22        members had brought to your attention
23        involving Ms. Moss' failure to identify a
24        patient causing harm to self or others?
25   A    No.
```

HOLLEY, KATHRYN
04/11/2019                                                      Page 165

```
 1    A    She would sometimes speak up.

 2    Q    What kinds of things did she speak up about?

 3    A    She would speak up in terms of if a patient

 4         had been in group and if they had engaged in

 5         some way that she felt was important

 6         information for the team.

 7    Q    Did the team value those contributions that

 8         she provided?

 9    A    We value everybody's contribution in

10         treatment team.  That's what it's for.

11    Q    So circling back to the second to the last

12         bullet point, "Concern about the overall loss

13         of visual cues in all interactions with

14         patients and staff; i.e., demonstrating

15         distraction, hallucinations and how that

16         impacts your ability to do a thorough

17         assessment.

18             "Were there any instances where Ms. Moss

19         failed to recognize or properly assess

20         distractions or hallucinations that you are

21         aware of?

22    A    So again, I can't speak specifically to that

23         because I did not see her do all of her

24         assessments.  But again the concern knowing

25         the patient population is there.
```

HOLLEY, KATHRYN
04/11/2019                                                                    Page 166

```
 1   Q    Did anybody else specifically raise that
 2        concern to you that you know anybody, other
 3        members of the treatment team, to say Hey,
 4        Deb Moss missed this?
 5   A    No.
 6   Q    Final bullet point, "Concerns about changes
 7        rehab therapy groups and process; i.e., use
 8        of white boards for daily schedule."
 9            What was that concern?
10   A    So we were going to start to post the daily
11        schedule for the patient and families to know
12        what was happening that day, and it would be
13        the role of the rec therapist to do that.
14   Q    Did you have any discussions with Ms. Moss
15        about that new expectation?
16   A    We had talked about it in a meeting at some
17        point the three of us:  Joy and Deb Moss and
18        myself.
19   Q    Ms. Moss mentioned she needed high contrast
20        tape on the white board, didn't she?
21   A    Not at that point.
22   Q    What did Ms. Moss say?
23   A    Okay.  You know, I don't remember it being an
24        issue, it was just a subject of discussion.
25   Q    If it wasn't an issue, why was it on this
```

HOLLEY, KATHRYN
04/11/2019                                                              Page 134

```
 1         to the larger print?

 2    A    No.

 3    Q    Did you ever propose any solution to that

 4         particular problem in your discussion with

 5         Ms. Moss?

 6    A    Not at that time.

 7    Q    Did you ever discuss a concern about reading

 8         the I.D. band with Deb Sheldon?

 9    A    Yes, I did.

10    Q    When did you discuss that?

11    A    Probably in January.

12    Q    When in January did you -- when did you start

13         to sort of get serious about your concerns

14         with Ms. Moss with H.R., like when did you

15         bring H.R. into the process and what did you

16         do?

17              MR. BULEA:   Objection to the

18         form.

19           You can answer.

20              THE WITNESS:  It probably was the

21         beginning of 2017.

22    BY MS. WHITE:

23    Q    Was there an incident that precipitated that

24         meeting or that communication process?

25    A    So there had been a couple of things as we
```

HOLLEY, KATHRYN
04/11/2019                                                    Page 135

```
 1           have talked through already, and then all of
 2           the staff had crisis intervention training.
 3                Chrissy had come back from her training
 4           with the physical because it was split into
 5           two sessions, and the physical hands-on, and
 6           she was concerned about Deb Moss' ability to
 7           perform on the unit if she was in that
 8           position.
 9    Q      When did Chrissy first raise a concern with
10           you about Ms. Moss' ability to perform on the
11           unit and how?
12    A      So I recall that we had talked through some
13           of the visual concerns because, again, she
14           was my Assistant Nurse Manager.  So we had
15           talked through some of the situations that we
16           had discussed.  And then when she came back
17           from the training, I remember she raised the
18           concern.
19    Q      Did you have any discussions with H.R. prior
20           to the training, the crisis intervention
21           training?
22    A      I honestly don't remember the time line.
23    Q      Let's see if we can refresh your
24           recollection.  Let's look at what's been
25           marked as Plaintiff's Exhibit 2, and I would
```

```
 1              like to direct your attention to page 1374.

 2              I'm going to be up front and say I'm not sure

 3              exactly what document this is, but I will

 4              represent to you that there is a conference

 5              call documented on February 1, 2017, and Deb

 6              Sheldon has testified that you were a

 7              participant in this phone call.

 8                   I don't believe this is Deb Sheldon's

 9              notes or your notes, but do you recognize

10              this note, this document at all?  I will ask

11              you that.

12    A    No, I do not.

13    Q    I'm going to read what this note says and I'm

14              going to ask you if you remember any part of

15              this or whether this refreshes your

16              recollection about crisis intervention

17              training.

18                   It says, "H.R. Manager Jane Reese and

19              Kara Ladaika, Claim conference call, February

20              1, 2017."

21                   Does that ring a bell?  Did you have a

22              phone call with Deb Sheldon, Jane Reese and

23              Kara Ladaika around February 1, 2017?

24    A    I must have.  If it's on here, I must have.

25              There were phone calls so.
```

HOLLEY, KATHRYN
04/11/2019

```
 1   Q    Was this the first phone call that you had

 2        with the higher-ups in Disability Management

 3        and H.R. about your concerns?

 4   A    I would say so.  It's probably the time

 5        frame.

 6   Q    So another item in this says, "Concerns

 7        reviewed.  Manager to have sit down with

 8        employee regarding employee completing ADAA

 9        employee portion."

10             Does that ring a bell?

11   A    No.  It doesn't ring a bell.

12   Q    There is another item that says, "Per manager

13        has had closed C. TV since 2013.  Has someone

14        from nursing office read LMS and e-mails."

15             Do you remember that?

16   A    I do remember that.

17   Q    Does the 2013 sound correct for the CCTV?

18   A    So I don't know for certain what date she got

19        that.  I must have had a note somewhere that

20        referenced 2013 at the time so I don't recall

21        that specifically but I had it in here

22        obviously.

23   Q    Around this time, the time you were having

24        this discussion, you were aware that Ms. Moss

25        used a closed circuit TV for reading and
```

HOLLEY, KATHRYN
04/11/2019                                                                Page 138

```
 1          writing; correct?
 2   A      Yes.
 3   Q      In fact, she had shared that with you in
 4          October of 2016 as well when she made her
 5          accommodations request through you; correct?
 6   A      Yes.
 7   Q      At this point you are also aware that she had
 8          somebody from the nursing office read LMS and
 9          e-mails; correct?
10   A      Yes.
11   Q      Now it says, "Concerned unable to see visual
12          cues from patients in group therapy.  Unable
13          to see patients clearly, safety as she is in
14          psych ward"; is that right?
15   A      Yes.
16   Q      You shared a number of items that you said
17          you were concerned about.  Is there anything
18          else you would like to add to that list that
19          you were concerned about at the time of this
20          conference call in February 1, 2017?
21   A      It was her overall safety on the unit, the
22          safety of the patients that she was with, her
23          ability to fully assess the patients.  Those
24          were really the highlights.
25   Q      At that point, though, you had not discussed
```

| | | |
|---|---|---|
| 1 | | any of those concerns directly with Ms. Moss, |
| 2 | | had you? |
| 3 | A | I had had conversations with Deb about the |
| 4 | | patients.  Like I said, the wrist band issue, |
| 5 | | the identification issue.  They were simple |
| 6 | | conversations. |
| 7 | Q | Do you think that Ms. Moss realized at that |
| 8 | | point that you had concerns about patient |
| 9 | | safety due to her vision impairment? |
| 10 | A | I don't know. |
| 11 | Q | When you said "Unable to see patients clearly |
| 12 | | and unable to see visual cues," your basis |
| 13 | | for that information was your perception |
| 14 | | based on your observation of that session |
| 15 | | with the game, you believed Ms. Moss failed |
| 16 | | to recognize a patient gesturing with his |
| 17 | | hand as she sat at the table with him; |
| 18 | | correct? |
| 19 | A | Yes. |
| 20 | Q | Was there any other incident at all where |
| 21 | | Ms. Moss failed to see a patient clearly that |
| 22 | | you observed? |
| 23 | A | I can't tell you specifics. |
| 24 | Q | So I would like to continue to review what |
| 25 | | you discussed in this meeting and see if it |

```
 1          refreshes your recollection.
 2               It says, "De-escalation class on 2-9-17;
 3          AHN to be in class as well."
 4               Does that ring a bell?
 5    A    Obviously that was the date the class was
 6          scheduled and Chrissy was scheduled to be in
 7          that class also.
 8    Q    So Chrissy is AHN?
 9    A    Assistant Nurse Manager.
10    Q    So this call looks like per the notes
11          occurred a little over a week before the
12          de-escalation class occurred?
13    A    Yes.
14    Q    Did anybody in that group -- you, Deb
15          Sheldon, Jane Reese, Carol Ladaika or Chrissy
16          Rivera -- did any of those individuals or you
17          reach out to Ms. Moss prior to the crisis
18          intervention class to ask if any
19          accommodations were needed for her to
20          participate in the class?
21    A    No.  It was a physical intervention class and
22          the classes were by verbal instruction and
23          then practice.
24    Q    So did you have concerns on February 1, 2017,
25          that Ms. Moss would be unable to successfully
```

HOLLEY, KATHRYN
04/11/2019                                                        Page 141

```
 1          and safely complete the class?
 2    A     I don't know that I had concerns.  I think we
 3          were going to see -- you know, she was going
 4          to class.  That's all I could say.  She was
 5          going to class.  Chrissy happened to be
 6          assigned to that class.  We would split.  I
 7          would go to one she would go to the other.
 8    Q     The rest of it says, "Monitor assessments
 9          more closely, even to re-assess to check on
10          her ability to perform essential functions.
11          Ask AHN to weigh in on employee's ability to
12          participate in class."
13              Do you recall that?
14    A     Yes, now I do.
15    Q     Did you have concerns that Ms. Moss would be
16          unable to participate in the class?
17    A     I didn't know what she was going to be able
18          to do or not do.
19    Q     Why bring it up in this meeting?
20    A     So I think it came up as a discussion point.
21          We had talked through probably the other
22          issues that I had concerns about that we
23          discussed that was coming up.  It was just
24          another safety piece.
25    Q     So how did you ask or expect Chrissy Rivera
```

HOLLEY, KATHRYN
04/11/2019                                                    Page 142

```
 1           to observe or monitor or assess Ms. Moss'
 2           ability to participate in the de-escalation
 3           class?
 4    A      The role of the Assistant Nurse Manager and
 5           the Nurse Manager is to really assess all of
 6           our employees when we are in class with them.
 7           How are they able to perform these
 8           interventions during class and are they
 9           really able to integrate the information.
10           Because the reason for the class is to keep
11           them safe and keep the patients safe on the
12           unit when they return.  It's not the class,
13           it's what they can do with it and what they
14           can do with it after.
15    Q      This class is required of all the employees
16           on this unit; correct?
17    A      Yes.
18    Q      In fact, everybody in this role -- everybody
19           in Ms. Moss' role has to successfully
20           complete this class every two years; correct?
21    A      When I got to Parma, I don't know what they
22           were doing prior to that, there was no class
23           even scheduled in 2016 and we got classes
24           pulled together in late 2016 and '17.  All
25           staff go through de-escalation training every
```

```
 1        year.

 2   Q    Were you aware that Ms. Moss had completed

 3        this de-escalation training more than a dozen

 4        times?

 5   A    She completed some form of training in the

 6        past.  I did know that from what she had told

 7        me.

 8   Q    But at a meeting with H.R. and Disability

 9        Management Services where there is a

10        discussion of Ms. Moss' ability to perform

11        the essential functions of her job, what was

12        it about the de-escalation class that you

13        wanted Chrissy Rivera to observe?

14                    MR. BULEA:   Objection.  Asked

15        and answered.

16           You can answer.

17                    THE WITNESS:  So it really was

18        all staff.  So it was all staff.  That's the

19        role of the assistant nurse manager when they

20        are in classes.  That's the role of the nurse

21        manager when they are in classes.  We need to

22        see how they perform during the class and

23        then how well they are able to integrate it.

24   BY MS. WHITE:

25   Q    Was Chrissy Rivera sent to observe any other
```

```
 1          member of the geriatric psych ward at UH
 2          other than Ms. Moss?
 3    A     Every staff member that was in the class with
 4          her.
 5    Q     How many staff members were in the class with
 6          her?
 7    A     Typically there were five or six.
 8    Q     What were the evaluative criteria that
 9          Ms. Rivera was going to apply?
10    A     I don't know that.
11    Q     Just she knows if she sees that the
12          performance is inadequate, would that be it?
13    A     Again, you know, I don't know exactly what --
14          we weren't looking for anything specific.  It
15          was a de-escalation class for all of the
16          staff so everyone could participate fully and
17          understand what was happening in the class.
18    Q     Was there any part that you thought Ms. Moss
19          would not be able to participate?
20    A     I didn't know.
21    Q     Was there any part that you had particular
22          concern about that you wanted Ms. Rivera to
23          weigh in on?
24    A     No.  The whole emphasis is on staying safe.
25    Q     It's a class on how to stay safe.  And as you
```

HOLLEY, KATHRYN
04/11/2019                                                        Page 145

```
 1          said, it's verbal instruction partnered with

 2          another employee and you go through the

 3          physical de-escalation techniques; is that

 4          correct?

 5   A      Correct.

 6   Q      Which part of that did you think would pose a

 7          concern for Ms. Moss?

 8                      MR. BULEA:    Objection.  Asked

 9          and answered.

10              You can answer again.

11                      THE WITNESS:  I didn't know if

12          any of it would.

13   BY MS. WHITE:

14   Q      So what did Chrissy Rivera report back to

15          you?

16   A      What she came back and said was that she was

17          concerned about Deb's ability to say safe on

18          the unit.

19   Q      Why?

20   A      If a patient did come at her, she wasn't sure

21          she would see it fully and be able to respond

22          in kind.

23   Q      What was the basis -- what did Chrissy Rivera

24          observe that caused her to reach that

25          conclusion?
```

```
 1   A     My recall was that her concern came from

 2         witnessing the practice sessions.

 3   Q     What did she relay to you that was of concern

 4         in the practice sessions as far as Ms. Moss'

 5         performance?

 6   A     So it was a conversation that was fairly --

 7         it was simple.  She simply said to me, "I

 8         don't know that Deb can respond adequately or

 9         quick enough if she is in an unsafe

10         situation."

11   Q     So she didn't -- she expressed it just that

12         way?  I don't know if she can respond?

13   A     That's my interpretation of what she said.  I

14         don't remember the exact words.

15   Q     She didn't say affirmatively "I know she

16         can't respond after I've observed her in this

17         training"; is that right?

18   A     She had concerns.

19   Q     What else were her concerns?

20   A     That was basically the conversation.

21   Q     Had Chrissy Rivera ever -- had she shared --

22         had she had concerns apart from the crisis

23         intervention training before about Ms. Moss

24         and her vision impairment?

25   A     So because she was my Assistant Nurse Manager
```

HOLLEY, KATHRYN
04/11/2019                                                              Page 147

```
 1          she was privy to that information.  We had

 2          discussed what I was concerned about so she

 3          knew that.  She had expressed concerns, I

 4          don't remember specifics about them.

 5   Q      Had you relayed this game incident to her

 6          before the crisis intervention training?

 7   A      I don't know if I did.

 8   Q      How did you express your concerns to Chrissy

 9          Rivera before you charged her with observing

10          Ms. Moss at the crisis intervention training?

11               MR. BULEA:     Objection

12          mischaracterizes the testimony.

13             You can answer.

14               THE WITNESS:  So again she was

15          there to see all of the staff, not just one

16          individual.  But we had discussions around

17          employees.  That was part of our job was to

18          manage the unit safety, and manage employees

19          and so those conversation just happened.

20   BY MS. WHITE:

21   Q      I want to know whether these are conclusions

22          that Chrissy Rivera independently drew or

23          whether there was specific information you

24          had supplied to her about your observations

25          or concerns about Ms. Moss?
```

```
 1   A     I'm not sure I understand the first part of

 2         the question.

 3   Q     Did Chrissy Rivera go to you at any point to

 4         say "These are my concerns about Ms. Moss"?

 5   A     She would relay concerns to me.

 6   Q     When did she relay a concern?

 7   A     I cannot give you specific dates.  This was

 8         again, you know, ongoing discussions between

 9         a manager and an assistant manager trying to

10         maintain a level of safety on a unit.

11   Q     Did you share with Ms. Rivera that Debbie

12         Moss had requested an updated CCTV in October

13         of 2016?

14   A     I don't know that I discussed that with her.

15   Q     I can't tell from the notes of this phone

16         call whether Chrissy Rivera was party to that

17         phone call.  Do you recall if she was?

18   A     I don't believe she was.

19   Q     So how did it come to pass that Chrissy

20         Rivera -- it specifically discussed in this

21         phone call she is going to do an observation

22         of Ms. Moss's performance at the crisis

23         intervention training; correct?

24               MR. BULEA:    Objection.

25            You can answer.
```

```
 1                        THE WITNESS:  So it says,

 2            "De-escalation class AHN to be in class as

 3            well."

 4    BY MS. WHITE:

 5    Q    What does the last line say?

 6    A    "Ask AHN to weigh in on employee's ability to

 7            participate in class."

 8                I asked her afterwards.  I don't know

 9            that I said anything to her before.

10    Q    Do you know if she knew that that

11            conversation was going to happen afterwards

12            about Ms. Moss' performance?

13    A    I honestly don't know.  I honestly don't

14            remember.

15    Q    I'd like to go back to Exhibit 26 and I'd

16            like to go specifically to 1548.

17                On Valentine's Day in 2017, Ms. Moss was

18            placed on a Tier 1 mandatory EAP referral,

19            Fitness for Duty referral?

20    A    Yes.

21    Q    What was your role in that process?

22    A    So Deb Sheldon and I met with Debbie Moss.

23    Q    Was that at the end of the day or the

24            beginning of the day?

25    A    I believe it was in the afternoon.  Either
```

HOLLEY, KATHRYN
04/11/2019                                                          Page 154

```
 1            that would impact on her work and her ability

 2            to be on the unit, to be safe on the unit.

 3    Q       But that process wasn't started while she

 4            continued to work in the workplace that she

 5            had been for 20 years at that point; correct?

 6    A       I can't speak to that.  I came in and this

 7            was my experience.

 8    Q       Did you have any reason to think that

 9            Ms. Moss was under the influence of drugs or

10            alcohol during that meeting?

11    A       No.

12    Q       Did you have any reason to think that

13            Ms. Moss had any psychiatric or social

14            impairment or things going on in her life

15            that were impacting her ability to do her

16            job?

17    A       No.

18    Q       Would knowing Ms. Moss' sexual history assist

19            you in the process of determining whether

20            your concerns were addressed?

21    A       No.

22    Q       Was Ms. Moss homicidal?

23    A       Not that I was aware of.

24    Q       That's good.  All right.

25                 Would knowing that be related to any of
```