# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| DEBORAH MOSS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSITY HOSPITALS HEALTH SYSTEMS, INC.,<br><br><br>　　　　Defendant | DATE: May 16, 2019<br><br>CASE NO. 1:18CV2257<br><br>JUDGE JAMES GWIN<br><br>MAGISTRATE JUDGE JONATHAN D. GREENBERG<br><br><br><br>COURT REPORTER: n/a |

| | |
|---|---|
| Attorneys for Plaintiff: Donna Taylor-Kolis<br>　　　　　　Emily White | Attorney for Defendant: Donald Bulea |
| Plaintiff Deborah Moss | Defendant representative:<br>　　　Seamus McMahon |

PROCEEDINGS: A mediation conference was conducted with the above participants. The parties will return for further mediation proceedings before the undersigned on May 28, 2019 at 10:00 a.m. in Chambers 10B. Lead counsel and parties with ultimate settlement authority shall be personally present.

　3 hrs. 30 minutes　　　
Total Time

　　　　　　　　　　　　　　　　　　　*s/ Jonathan D. Greenberg*　　　
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge