# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| DEBORAH MOSS, | DATE: May 28, 2019 |
| Plaintiff, | CASE NO. 1:18CV2257 |
| vs. | JUDGE JAMES GWIN |
| | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| UNIVERSITY HOSPITALS HEALTH SYSTEMS, INC., | |
| Defendant | COURT REPORTER: DonnaLee Cotone |

Attorneys for Plaintiff: Emily White    Attorney for Defendant: Kerin Kaminski
             Donna Taylor-Kolis

Plaintiff Deborah Moss          Defendant representatives: Seamus McMahon

PROCEEDINGS: A mediation conference was conducted with the above participants. The parties were able to reach an agreement. A Notice of Dismissal with prejudice is due June 24, 2019. The Court will retain jurisdiction over the parties' settlement agreement.

 4 hrs.
Total Time

                                             *s/ Jonathan D. Greenberg*
                                             United States Magistrate Judge