# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEBORAH MOSS | CASE NO: 1:18CV02257 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| v. | |
| UNIVERSITY HOSPITALS HEALTH SYSTEMS, INC. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST UNIVERSITY HOSPITALS HEALTH SYSTEMS, INC.** |
| Defendant. | |

Plaintiff Deborah Moss, hereby dismisses all claims against University Hospitals Health Systems, Inc. with prejudice pursuant to Civ. R. 41(A)(1)(a)(i). Each party will bear their own costs.

Respectfully submitted,

/s/ Emily White
Emily White (0085662)
Donna Taylor-Kolis (0002960)
Marc E. Dann (0039425)
DANNLAW
P.O. Box. 6031040
Cleveland, Ohio 44103
(614) 500-439- Direct
(216) 373-0539- Main Office
(216) 373-0536- Fax
notices@dannlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was filed electronically on June 24, 2019. Notice of this filing was sent to all counsel via Electronic Mail upon the following parties:

Kerin Lyn Kaminski
Donald C. Bulea
GIFFEN & KAMINSKI, LLC
1300 East Ninth Street, Suite 1600
Cleveland, OH 44114
Kkaminski@thinkgk.com
dbuela@thinkgk.com

                                          Respectfully submitted,

                                          /s/ Emily White
                                          Emily White (0085662)
                                          Donna Taylor-Kolis (0002960)
                                          Marc E. Dann (0039425)
                                          DANNLAW